## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 11cv0764                                              Purchased/Filed: September 9, 2011
STATE OF NEW YORK     UNITED STATES DISTRICT COURT            WESTERN DISTRICT

---

Christopher Godson, on behalf of himself and all other similarly situated                    Plaintiff

against

Eltman, Eltman & Cooper, P.C. and LVNV Funding, LLC                                          Defendant

---

STATE OF NEW YORK       SS.:
COUNTY OF ALBANY

____Heather Morigerato____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____October 21, 2011____, at ____11:45 am____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Class Action Complaint on

____Eltman, Eltman & Cooper, P.C.____, the Defendant in this action, by delivering to and leaving with ____Donna Christie____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __41__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
__24th__ day of _____ October, 2011

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2013

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1110660

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**