## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 11cv0764                                                   Purchased/Filed: September 9, 2011
STATE OF NEW YORK    UNITED STATES DISTRICT COURT               WESTERN DISTRICT

---

*Christopher Godson, on behalf of himself and all other similarly situated*     Plaintiff

against

*Eltman, Eltman & Cooper, P.C. and LVNV Funding, LLC*                           Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY.    SS.:

___Heather Morigerato___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___October 21, 2011___, at ___11:45 am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Class Action Complaint

on ___LVNV Funding, LLC___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section ___303 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __41__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
__25th__ day of __October, 2011__

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2013

Heather Morigerato
Attny's File No.
Invoice•Work Order # SP1110661

SERVICO, INC. / PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179