UNITED STATES DISTRICTCOURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER GODSON

                Plaintiff,

                                            **Case No. 11-CV-764**

      vs.

ELTMAN, ELTMAN, & COOPER, P.C.

                Defendant.

---

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and the Defendant that Hugh M. Russ, III, Esq. has been selected, contacted, and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation sessions in good faith, confer with the Mediator regarding the scheduling of conferences, and schedule the initial mediation session in a timely manner, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

| | |
|---|---|
| DATED:  February 28, 2012 | DATED:  February 28, 2012 |
| /s/ Seth J. Andrews_____ | /s/ Pushpa J. Piyatissa_____ |
| Seth J. Andrews, Esq. | Pushpa J. Piyatissa, Esq. |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| Law Offices of Kenneth Hiller, PLLC | Eltman, Eltman & Cooper, P.C. |
| 6000 North Bailey Avenue – Suite 1A | 140 Broadway, 26th Floor |
| Amherst, New York 14226 | New York, New York 10005 |
| (716) 564-3288 | (347) 662-2156 |