UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER GODSON,
on behalf of himself
and all others similarly situated
                        Plaintiffs,

       vs.                              Civil Action No. 11-CV-764

ELTMAN, ELTMAN & COOPER, P.C., and      CLASS ACTION
LVNV FUNDING, LLC,

                     Defendants.
_____

## MOTION TO AMEND SCHEDULING ORDER

      Upon the annexed affirmation of Seth J. Andrews, Esq. dated November 7, 2012,

Plaintiff, by counsel, moves this Court for a modification of the Scheduling Order granted on

February 1, 2012 to extend the deadline for discovery to be completed in the Scheduling Order

by 90 days from the date the Court issues its Decision and Order pertaining to Plaintiff's Motion

to Compel that is currently pending before the Court, together with such other relief which to the

Court may seem proper. Plaintiff does not seek an extension of any other deadline in the existing

case management order. Defendants consent to the relief requested.


DATED:  November 7, 2012          /s/Seth Andrews_____
                                  Seth Andrews, Esq.
                                  Law Offices of Kenneth Hiller
                                  *Attorneys for Plaintiff*
                                  6000 North Bailey Ave., Suite 1A
                                  Amherst, New York 14226
                                  (716) 564-3288
                                  sandrews@kennethhiller.com