UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GODSON,<br>on behalf of himself<br>and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ELTMAN, ELTMAN & COOPER, P.C.,<br>and LVNV FUNDING, LLC,<br><br>　　　　　Defendants. | No. 1:11-cv-0764-WMS-HKS<br><br>CLASS ACTION |

Certificate of Service

I, Jonathan R. Miller, an attorney, hereby certify that on October 14, 2014, I served an unredacted copy of **Plaintiff's Memorandum of Law in Support of Motion for Reargument of his Second Motion to Compel or, in the Alternative, for Reconsideration of Hon. H. Kenneth Schroeder's Decision and Order Dated September 15, 2014**, and an unredacted copy of **Declaration of Attorney Jonathan R. Miller in Support of Motion for Reargument of his Second Motion to Compel or, in the Alternative, for Reconsideration of Hon. H. Kenneth Schroeder's Decision and Order Dated September 15, 2014,** by first-class mail on the following recipient at the following address:

　　Concepcion A. Montoya, Esq.
　　Hinshaw & Culbertson LLP
　　780 3rd Avenue, 4th Floor
　　New York, NY 10017

Dated: October 15, 2014
       New York, New York

                                        /s/ Jonathan R. Miller
                                        Jonathan R. Miller