

ATTORNEYS AT LAW

800 Third Avenue, 13th Floor
New York, New York 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

April 6, 2018

**VIA ECF**

Hon. Elizabeth A. Wolford
United States District Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York  14202

      Re:    *Godson v. Eltman, Eltman & Cooper, P.C., et al.*
              *Docket No. 11-cv-0764 (WMS)(HKS)*

Dear Judge Wolford:

    We represent Defendants in the above-referenced matter and write to respectfully request an adjournment of the hearing on the motion to certify the class and approve the class settlement, which is scheduled on April 19, 2018 at 3:00 p.m.  Due to a scheduling conflict, both counsel for Defendants are unable to attend the hearing and Plaintiff's counsel consent to this request.  Upon consultation with plaintiff's counsel, counsel for the parties are available on April 25, May 2 and May 4.  If the Court is available on any of the proposed dates, we request that the hearing be rescheduled on any of those dates.

    We thank the Court for its consideration in this matter.

                                     Respectfully submitted,

                                     HINSHAW & CULBERTSON LLP

                                   By: *s/ Concepcion A. Montoya*
                                       Concepcion A. Montoya

cc:    Via E-mail and ECF
        Brian L. Bromberg, Esq.
        Jonathan Miller, Esq.
        Kenneth R. Hiller, Esq.
        Seth Andrews, Esq.
        *Attorneys for Plaintiffs*