# ✳ SALEM COMMUNITY LAW OFFICE

Jonathan R. Miller, Attorney (Admitted in NC, NY & MO)
301 N. Main St., Ste. 2412, Winston-Salem, NC 27101
Tel: (336) 837-4437   Fax: (336) 837-4436

September 18, 2018



**Via ECF**
Hon. Elizabeth A. Wolford, U.S.D.J.
United States District Court
2 Niagara Square
Buffalo, NY 14202

RE:   *Godson v. Eltman, Eltman & Cooper, P.C., et al.*, W.D.N.Y. 11-cv-764

Dear Judge Wolford:

This office, with co-counsel, represents Plaintiff Christopher Godson in the above-referenced case. I am writing to respectfully request an extension of Plaintiff's deadline to submit his Motion for Final Approval of Class Settlement and supporting papers.

The current deadline is today, September 18, 2018. Plaintiff respectfully asks that the deadline be extended to Friday, September 21, 2018. This is Plaintiff's first request for an extension of this deadline, and Defendants' attorneys have consented to this request.

The reason for this request is that, because of a confluence of circumstances, Plaintiff's attorneys are running behind schedule in completing the supporting documents. My co-counsel, Brian Bromberg, was required to attend an unforeseen court appearance today, and will be unable to work this evening because of the Jewish holidays. In addition, I have a deadline to submit a brief to the North Carolina Court of Appeals by the end of the day today.

Very truly yours,

/s/ Jonathan R. Miller
Jonathan R. Miller

cc:   All counsel of record (via ECF)

**SO ORDERED**

_____
**ELIZABETH A. WOLFORD**
**United States District Judge**
**Dated: 09/18/2018**