# Exhibit A

# Bromberg Law Office, P.C.

26 Broadway
21st Floor
New York, NY 10004
(212) 248-7906

---

**Christopher Godson**

**Re:** Godson v. Eltman, Eltman & Cooper, P.C.

**Date:** 9/21/2018
**File Number:** /
**Invoice Number:** 11054

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 08/02/2011 | BLB | Analysis and review of letter received from Seth Andrews | 0.50 | 275.00 |
| 09/08/2011 | BLB | Analysis and review of draft complaint from co-counsel | 0.50 | 275.00 |
| 09/09/2011 | BLB | Email correspondence with Ken Hiller about draft complaint | 0.10 | 55.00 |
| 09/18/2011 | BLB | Preparation and filing of Notice of Appearance | 0.30 | 165.00 |
| 09/19/2011 | BLB | Read and reviewed email from Ken Hiller's paralegal; responded to email | 0.20 | 110.00 |
| 11/14/2011 | BLB | Email correspondence with Ken Hiller re defense counsel's request for an extension to answer | 0.10 | 55.00 |
| 12/12/2011 | BLB | Read and reviewed email correspondence from Pushpa Piyatissa, Esq. | 0.10 | 55.00 |
| 12/12/2011 | BLB | Email correspondence with co-counsel re email from Pushpa | 0.10 | 55.00 |
| 12/12/2011 | BLB | Anaysis and review of answer to complaint | 0.50 | 275.00 |
| 12/12/2011 | BLB | Email correspondence with co-counsel re frivolous affirmative defenses -- decided to move to strike them | 0.30 | 165.00 |
| 01/02/2012 | BLB | Read and review first draft of motion to strike affirmative defenses | 0.20 | 110.00 |
| 01/03/2012 | BLB | Preparation of revised motion to strike affirmative defenses | 1.50 | 825.00 |
| 01/04/2012 | BLB | Telephone call to Kenneth R Hiller - spoke - re Rule 16 and Rule 26 conferences, as well as ADR procedures | 0.20 | 110.00 |
| 01/06/2012 | BLB | Read and reviewed proposed CMO from Ken Hiller | 0.20 | 110.00 |
| 02/16/2012 | BLB | Telephone call w/ Ken Hiller re next steps; email to defense counsel to schedule telephone conference to select mediator | 0.20 | 110.00 |
| 02/16/2012 | MNL | Analysis and review of of Plaintiff's motion to strike and accompanying memorandum and Defendants' opposition in preparation for drafting of reply brief | 0.40 | 160.00 |
| 02/17/2012 | MNL | Preparation of reply brief in further support of motion to strike affirmative defenses; ecf brief | 2.00 | 800.00 |
| 02/17/2012 | BLB | Read and reviewed proposed Rule 26(a) disclosures from Ken Hiller | 0.30 | 165.00 |
| 02/17/2012 | BLB | Email correspondence with Pushpa re mediation | 0.20 | 110.00 |
| 02/17/2012 | BLB | Email correspondence with Pushpa re scheduling a call | 0.10 | 55.00 |
| 02/17/2012 | BLB | Email correspondence with all counsel re Hugh Russ as mediator | 0.20 | 110.00 |
| 03/22/2012 | MNL | Preparation of motion for class cert and accompanying documents | 4.60 | 1,840.00 |
| 03/23/2012 | MNL | Preparation of motion for class certification and accompanying documents, including BB declaration. | 3.70 | 1,480.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/2012 | BLB | Preparation of motion for class certification and supporting documents | 2.00 | 1,100.00 |
| 03/27/2012 | MNL | Preparation and filing of motion for class certification and accompanying documents | 2.10 | 840.00 |
| 03/27/2012 | BLB | Preparation of motion for class certification and supporting documents | 2.00 | 1,100.00 |
| 03/28/2012 | BLB | Read and reviewed mediation memorandum from Seth Andrews | 0.50 | 275.00 |
| 03/28/2012 | BLB | Read and reviewed documents from client | 0.50 | 275.00 |
| 03/28/2012 | BLB | Email correspondence with co-counsel re documents from client | 0.50 | 275.00 |
| 03/28/2012 | BLB | Telephone call w/ client and Seth Andrews in preparation for Friday's mediation | 1.00 | 550.00 |
| 03/29/2012 | BLB | Email correspondence with Seth Andrews re proceedings in Florida | 0.20 | 110.00 |
| 03/30/2012 | BLB | Attend meeting in Buffalo for mediation | 8.00 | 4,400.00 |
| 04/06/2012 | BLB | Multiple email correspondence with co-counsel re letter to Judge Schroeder | 0.40 | 220.00 |
| 05/01/2012 | BLB | Read and reviewed email from Connie Montoya re informal discovery; email in response | 0.20 | 110.00 |
| 05/17/2012 | BLB | Mediation prep with client for follow-up session | 1.00 | 550.00 |
| 05/18/2012 | BLB | Attend meeting in Buffalo for mediation | 8.00 | 4,400.00 |
| 05/22/2012 | BLB | Email correspondence with co-counsel re settlement offer from Defendants | 0.40 | 220.00 |
| 06/07/2012 | BLB | Read and reviewed email from Hugh Russ | 0.10 | 55.00 |
| 06/12/2012 | MNL | Preparation of initial written discovery requests | 2.40 | 960.00 |
| 06/12/2012 | BLB | Preparation of initial written discovery demands | 2.10 | 1,155.00 |
| 06/13/2012 | BLB | Telephone call w/ Seth Andrews re issues concerning First Set of Written Discovery Demands | 0.20 | 110.00 |
| 06/13/2012 | BLB | Final preparation of First Set of Written Discovery Demands | 0.50 | 275.00 |
| 07/03/2012 | BLB | Read and reviewed email from Connie Montoya | 0.10 | 55.00 |
| 07/03/2012 | BLB | Email correspondence with Connie Montoya re discovery | 0.50 | 275.00 |
| 07/05/2012 | BLB | Telephone call w/ Seth Andrews re Plaintiff's deposition | 0.20 | 110.00 |
| 07/05/2012 | BLB | Read and reviewed email correspondence from Connie Montoya re deposition of Plaintiff | 0.10 | 55.00 |
| 07/05/2012 | BLB | Email correspondence with co-counsel re Plaintiff's deposition | 0.10 | 55.00 |
| 07/06/2012 | BLB | Correspondence with Magistrate Judge Schroeder in response to Connie Montoya's letter-motion | 0.60 | 330.00 |
| 07/09/2012 | BLB | Telephone call -- deposition preparation of client with Seth Andrews | 2.00 | 1,100.00 |
| 07/09/2012 | BLB | Email correspondence with co-counsel re discovery | 0.20 | 110.00 |
| 07/17/2012 | BLB | Travel to Buffalo for deposition of client | 3.00 | 1,650.00 |
| 07/17/2012 | BLB | Multiple email correspondence with defense counsel re discovery | 0.30 | 165.00 |
| 07/18/2012 | BLB | Deposition attendance -- deposition of client in Buffalo (2.0 hours) & travel back to NYC (3.0 hours) | 5.00 | 2,750.00 |
| 08/13/2012 | BLB | Analysis and review of papers received in opposition to motion for class certification with Ken Hiller (0.2) and then Seth Andrews (0.7); drafted email letter with Seth Andrews re public filing of personal information on ECF by Connie Montoya | 0.90 | 495.00 |
| 08/13/2012 | BLB | Email correspondence with defense counsel re need to correct e-filing of confidential information | 0.10 | 55.00 |
| 08/14/2012 | BLB | Read and reviewed email from defense counsel re confidential information removed from the docket | 0.10 | 55.00 |
| 08/19/2012 | BLB | Read, reviewed, and analyzed Defendants' discovery responses | 1.20 | 660.00 |
| 08/28/2012 | MNL | Analysis and review of reply brief | 0.50 | 200.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/29/2012 | MNL | Preparation of reply brief, Seth Andrews declaration, and notice of motion | 3.80 | 1,520.00 |
| 08/29/2012 | BLB | Telephone call w/ Connie Montoya and Ken Hiller re defendants' discovery responses | 0.70 | 385.00 |
| 11/19/2012 | BLB | Research of net-worth discovery issues for reply brief -- found six cases | 0.50 | 275.00 |
| 11/20/2012 | BLB | Preparation of reply brief on motion to compel discovery | 3.70 | 2,035.00 |
| 11/21/2012 | BLB | Final preparation of Reply Brief in Further Support of Motion to Compel and review of co-counsel's Reply Affirmation | 2.90 | 1,595.00 |
| 11/28/2012 | BLB | Preparation of discovery responses | 3.30 | 1,815.00 |
| 09/26/2013 | BLB | Research of model protective orders from Judge Forrest -- comparison to Connie Montoya's proposed protective order -- preparation of email to Connie Montoya re protective orders | 0.60 | 330.00 |
| 10/04/2013 | JRM | Draft of motion and memorandum to preclude/enter protective order/impose sanctions | 1.90 | 760.00 |
| 10/07/2013 | JRM | Draft of motion and memorandum to preclude/enter protective order/impose sanctions | 2.30 | 920.00 |
| 10/07/2013 | JRM | Draft of motion and memorandum to preclude/enter protective order/impose sanctions | 5.10 | 2,040.00 |
| 10/08/2013 | JRM | Preparation of Motion for Sanctions/Protective Order for filing | 1.30 | 520.00 |
| 10/21/2013 | JRM | Draft, revise and edit of reply in support of motion for sanctions | 4.50 | 1,800.00 |
| 10/22/2013 | BLB | Preparation of reply declaration on motion for sanctions | 1.50 | 825.00 |
| 10/24/2013 | BLB | Preparation of motion for stay of briefing on motion for summary judgment pending close of discovery | 4.20 | 2,310.00 |
| 10/25/2013 | JRM | Draft, revise and edit of motion to stay summary judgment | 5.00 | 2,000.00 |
| 10/29/2013 | BLB | Preparation of Second Set of Discovery Demands | 1.70 | 935.00 |
| 11/05/2013 | JRM | Draft, revise and edit of reply on motion to stay sum judge briefing | 2.50 | 1,000.00 |
| 11/05/2013 | JRM | Read and review Opposition to Expedited Motion to stay briefing on sum judg | 0.80 | 320.00 |
| 11/30/2013 | BLB | Research of case law concerning g-violation alleged in the complaint -- found more than a dozen cases in favor of plaintiff | 2.50 | 1,375.00 |
| 12/01/2013 | BLB | Research of case law re active debt collector v passive debt buyer nonsense claimed by defendants | 0.50 | 275.00 |
| 12/04/2013 | BLB | Telephone call to Connie Montoya -- left voicemail at about 6:38 pm | 0.10 | No Charge |
| 12/04/2013 | BLB | Telephone call w/ Seth Andrews to Connie Montoya to confer re her clients' responses to the Second Set of Discovery Demands -- left voicemail at 10:39 a.m. | 0.10 | No Charge |
| 12/04/2013 | BLB | Telephone call -- left voicemail -- around 4:00 p.m. | 0.10 | No Charge |
| 12/05/2013 | BLB | Email correspondence with co-counsel re protective order | 0.10 | No Charge |
| 12/05/2013 | BLB | Telephone call re discovery with Connie Montoya, Nabil Foster, and JRM | 0.70 | No Charge |
| 12/05/2013 | BLB | Preparation of protective order using Judge Forrest's "Model Protective Order 2"; transmission by email to Connie Montoya | 0.50 | No Charge |
| 12/05/2013 | JRM | Telephone call with Brian Bromberg, Concepcion Montoya, Nabil Foster - conferring over discovery responses | 0.70 | No Charge |
| 12/07/2013 | BLB | Preparation of motion to extend discovery | 2.50 | 1,375.00 |
| 12/09/2013 | JRM | Draft of motion and memorandum for extension of discovery and all deadlines | 4.00 | 1,600.00 |
| 12/09/2013 | JRM | Read and review draft of motion to extend discovery | 0.20 | 80.00 |
| 12/13/2013 | BLB | Godson -- BLB and JRM -- Follow-Up Call with Nabil Foster re LVNV production -- Connie Montoya was not available | 1.20 | No Charge |
| 12/13/2013 | JRM | Godson - Follow-up phone call with Brian & Nabil Foster re: LVNV production - Connie Montoya not available | 1.20 | No Charge |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/2013 | JRM | Draft, revise and edit of second motion to compel | 4.00 | No Charge |
| 12/18/2013 | JRM | Draft, revise and edit of second motion to compel | 4.00 | No Charge |
| 12/23/2013 | BLB | Read and reviewed papers filed by Connie Montoya | 0.50 | 275.00 |
| 12/23/2013 | BLB | Email correspondence with co-counsel re papers filed by Connie Montoya | 0.10 | 55.00 |
| 12/26/2013 | JRM | Draft, revise and edit of reply on motion to extend discovery and all deadlines | 3.00 | 1,200.00 |
| 12/27/2013 | JRM | Draft, revise and edit of reply on motion for extension of discovery and all deadlines | 3.00 | 1,200.00 |
| 12/30/2013 | JRM | Draft, revise and edit of reply on motion for extension of discovery and all deadlines; draft and edit accompanying motion to seal; filing of motions by ECF and mail. | 12.00 | 4,800.00 |
| 01/02/2014 | JRM | Draft, revise and edit of second motion to compel | 5.00 | No Charge |
| 01/07/2014 | JRM | Draft, revise and edit of second motion to compel | 9.50 | No Charge |
| 01/08/2014 | JRM | Draft, revise and edit of second motion to compel | 2.00 | No Charge |
| 01/08/2014 | JRM | Draft, revise and edit of second motion to compel | 8.20 | No Charge |
| 01/09/2014 | JRM | Draft, revise and edit of second motion to compel | 2.70 | No Charge |
| 01/09/2014 | JRM | Draft, revise and edit of second motion to compel | 5.50 | No Charge |
| 01/10/2014 | BLB | Final preparation of motion papers, including all supporting documents | 3.20 | No Charge |
| 01/10/2014 | BLB | Preparation of revised memorandum in support of second motion to compel discovery responses | 0.80 | No Charge |
| 01/10/2014 | BLB | Preparation of Second Motion to Compel | 0.50 | No Charge |
| 01/10/2014 | JRM | Draft, revise and edit of second motion to compel | 3.00 | No Charge |
| 01/10/2014 | JRM | Final preparation of motion papers, including all supporting documents | 5.00 | No Charge |
| 01/13/2014 | BLB | Email correspondence with co-counsel re pending motions | 0.10 | 55.00 |
| 01/17/2014 | JRM | Draft, revise and edit of letter to C. Montoya re: objections to confidentiality designations | 0.60 | 240.00 |
| 01/17/2014 | JRM | Telephone call w/ Consulting CPA re: EEC's audited financial statements and tax returns | 0.40 | 160.00 |
| 01/20/2014 | JRM | Draft, revise and edit of letter contesting confidential designations | 1.70 | 680.00 |
| 01/21/2014 | JRM | Research of standard for confidentiality in 2d Cir. | 2.20 | 880.00 |
| 01/22/2014 | JRM | Draft, revise and edit of letter requesting removal of confidential designation | 4.00 | 1,600.00 |
| 01/23/2014 | JRM | Draft, revise and edit of letter to Ms. Montoya requesting removal of confidentiality designations; Preparation of letter re: confidentiality designations for service | 4.80 | 1,920.00 |
| 01/23/2014 | BLB | Read and reviewed email from JRM to Connie Montoya re removing confidential designations | 0.30 | 165.00 |
| 01/30/2014 | JRM | Draft, revise and edit of letter responding to Connie Montoya's request for additional time to oppose 2nd Motion to compel | 1.20 | 480.00 |
| 01/31/2014 | BLB | Read and reviewed letter from Connie Montoya re removing confidentiality designations | 0.20 | 110.00 |
| 02/01/2014 | BLB | Read and reviewed Hunsinger discovery decision from Texas; corresponded with co-counsel about its application to this case | 0.20 | 110.00 |
| 02/01/2014 | BLB | Email correspondence with co-counsel re Defendants' confidentiality designations and letter from Connie Montoya | 0.20 | 110.00 |
| 02/06/2014 | JRM | Analysis and review of letter to Ms. Montoya requesting voluntary removal of confidentiality designations | 0.50 | 200.00 |
| 02/07/2014 | BLB | Read and reviewed email re supplemental document production received from Connie Montoya | 0.20 | 110.00 |
| 02/07/2014 | BLB | Read and reviewed opposition to motion to compel and cross-motion to bifurcate e-filed by Defendants; email correspondence to co-counsel | 0.50 | 275.00 |
| 02/10/2014 | BLB | Research of cases involving the type of trade-secret claims | 0.50 | 275.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | raised by defense counsel | | |
| 02/14/2014 | BLB | Read and reviewed Defendants' complete opposition and cross-motion papers | 1.00 | 550.00 |
| 02/20/2014 | JRM | Draft, revise and edit of reply on Second Motion to Compel | 6.20 | No Charge |
| 02/21/2014 | JRM | Draft, revise and edit of motion for extension of time to reply, after we realized Connie Montoya's opposition papers were incomplete | 0.40 | No Charge |
| 02/21/2014 | JRM | E-mail to Connie Montoya after we realized her opposition papers were incomplete | 0.30 | No Charge |
| 02/26/2014 | JRM | Draft, revise and edit of Bromberg Reply Decl - 2nd Motion to Compel | 2.00 | No Charge |
| 02/26/2014 | BLB | Final preparation with JRM of reply papers on motion to compel and opposition papers on motion to bifurcate | 5.00 | No Charge |
| 02/26/2014 | JRM | Research of Reply Memo on 2nd motion to compel (searching for and marking unsupported assertions of fact in Opposition Memo) | 2.00 | No Charge |
| 02/26/2014 | JRM | Research of law on bifurcation of discovery | 0.90 | No Charge |
| 02/26/2014 | JRM | Draft, revise and edit of reply memo on 2nd motion to compel | 3.00 | No Charge |
| 02/26/2014 | JRM | Draft, revise and edit of reply memo - 2nd motion to compel (editing) | 1.00 | No Charge |
| 02/26/2014 | JRM | Draft, revise and edit of opposition to motion to bifurcate | 1.20 | No Charge |
| 02/26/2014 | JRM | Draft, revise and edit of notice of motion to seal & proposed order | 1.10 | No Charge |
| 02/26/2014 | JRM | Preparation of 2nd Motion to Compel, Opp to Motion to Bifurcate, and motion to seal: Printing, sorting, and mailing all documents; efiling of notice of motion to seal | 3.80 | No Charge |
| 03/04/2014 | BLB | Email correspondence with co-counsel re reply brief | 0.10 | 55.00 |
| 03/20/2014 | JRM | Draft, revise and edit of motion to remove confidentiality designations/unseal | 0.90 | 360.00 |
| 03/20/2014 | BLB | Email correspondence with Connie Montoya (2x) re documents filed by the Court under seal | 0.20 | 110.00 |
| 05/08/2014 | BLB | Preparation of Notice of Supplemental Authority re Hallmark decision | 0.50 | 275.00 |
| 06/12/2014 | BLB | Research on PACER re the Cox v. Sherman case -- downloaded dozens of files | 2.30 | 1,265.00 |
| 07/03/2014 | JRM | Draft of motion and memorandum: Motion to strike confidentiality designations and to unseal filed documents | 2.00 | 800.00 |
| 07/03/2014 | JRM | Read and review case file; reviewing discovery produced by defendants, what defendants marked as confidential, and what discovery Plaintiff still requires | 1.60 | 640.00 |
| 09/15/2014 | JRM | Read and review MJ Schroeder's Decision and Order, ECF#103 | 0.80 | No Charge |
| 09/29/2014 | JRM | Attend meeting with BLB regarding strategy - filing objections to M.J. Schroeder's recent decision and order | 0.60 | No Charge |
| 09/29/2014 | JRM | Draft, revise and edit of objections to M.J. Schroeder's recent discovery and scheduling order | 9.30 | No Charge |
| 09/29/2014 | BLB | Attend meeting w/ JRM re objections to Magistrate Schroeder's discovery order | 0.60 | No Charge |
| 09/29/2014 | BLB | Preparation of objections to Decision and Order | 1.50 | No Charge |
| 09/29/2014 | BLB | Research of developments in Cox case in S.D. Indiana | 1.80 | No Charge |
| 09/29/2014 | JRM | Read and review M.J. Schroeder's Decision and Order, previous briefs and exhibits in preparation for drafting objections to Decision and Order. | 2.00 | No Charge |
| 10/06/2014 | JRM | Read and review of discovery materials recently turned over by defendants | 1.30 | No Charge |
| 10/07/2014 | JRM | Draft, revise and edit of Motion for Reconsideration/Motion for Contempt filed with MJ Schroeder | 3.00 | No Charge |
| 10/08/2014 | JRM | Draft, revise and edit of motion for reconsideration | 6.20 | No Charge |
| 10/09/2014 | JRM | Draft, revise and edit of motion for reconsideration | 9.10 | No Charge |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/2014 | JRM | Draft, revise and edit of Motion for Reconsideration | 5.10 | No Charge |
| 10/13/2014 | JRM | Draft, revise and edit of Motion for Reconsideration | 9.10 | No Charge |
| 10/14/2014 | JRM | Draft, revise and edit of footnotes in Memorandum in support of Motion for Reconsideration | 0.60 | No Charge |
| 10/14/2014 | BLB | Preparation of motion for reconsideration of Decision & Order, dated September 15, 2014 | 4.80 | No Charge |
| 10/14/2014 | JRM | Draft, revise and edit of Miller Declaration in support of Motion for Reconsideration | 1.90 | No Charge |
| 10/14/2014 | JRM | Draft, revise and edit of Motion for Reconsideration | 9.30 | No Charge |
| 10/14/2014 | JRM | Preparation of Motion for Reconsideration for filing under seal | 2.00 | No Charge |
| 10/17/2014 | BLB | Telephone call w/ Consulting CPA and JRM re LVNV's financials | 0.30 | No Charge |
| 10/20/2014 | JRM | Preparation of outline - new Motion for Contempt (LVNV's failure to comply with Sept. 15 order) | 2.00 | No Charge |
| 10/20/2014 | JRM | Draft, revise and edit of Motion for Contempt/Sanctions | 0.10 | No Charge |
| 10/20/2014 | JRM | Draft, revise and edit of Motion for Contempt/Santions | 2.40 | No Charge |
| 10/20/2014 | JRM | Research of law on civil contempt | 1.10 | No Charge |
| 10/22/2014 | JRM | Draft, revise and edit of Motion for Sanctions/Contempt | 3.00 | No Charge |
| 10/23/2014 | JRM | Draft, revise and edit of Motion for Contempt/Sanctions | 10.10 | No Charge |
| 10/24/2014 | JRM | Draft, revise and edit of Bromberg Decl. In support of motion for Sanctions | 0.60 | No Charge |
| 10/24/2014 | BLB | Preparation of motion for sanctions and contempt and supporting papers | 3.20 | No Charge |
| 10/24/2014 | JRM | Draft, revise and edit of Notice of Motion for Sanctions | 0.30 | No Charge |
| 10/24/2014 | JRM | Draft, revise and edit of Notice of Motion to Seal | 0.30 | No Charge |
| 10/24/2014 | JRM | Draft, revise and edit of Memo in support of Motion for Sanctions/Contempt (proofreading, section on contempt, footnotes) | 3.00 | No Charge |
| 10/24/2014 | JRM | Preparation of Notice of motion for Sanctions and Notice of Motion to Seal for electronic filing, plus Memo, Declaration, and exhibits for papers filing | 3.20 | No Charge |
| 10/24/2014 | JRM | Draft, revise and edit of Motion for Contempt/Sanctions | 4.60 | No Charge |
| 11/11/2014 | BLB | Email correspondence with Connie Montoya | 0.10 | 55.00 |
| 11/12/2014 | BLB | Read and reviewed email correspondence from Connie Montoya | 0.10 | 55.00 |
| 11/20/2014 | BLB | Read and reviewed email correspondence from Connie Montoya | 0.10 | 55.00 |
| 11/20/2014 | BLB | Email correspondence with Connie Montoya | 0.10 | 55.00 |
| 11/20/2014 | BLB | Email correspondence with Connie Montoya | 0.10 | 55.00 |
| 11/20/2014 | BLB | Read and reviewed email correspondence from Connie Montoya | 0.10 | 55.00 |
| 11/21/2014 | BLB | Email correspondence with Connie Montoya | 0.10 | 55.00 |
| 10/02/2015 | JRM | Anaysis and review of Magistrate Judge Schroeder's September 30 discovery order | 0.90 | 360.00 |
| 10/02/2015 | BLB | Email correspondence with Connie Montoya, attaching a copy of Decision and Order, Document No. 137 | 0.10 | 55.00 |
| 10/02/2015 | BLB | Anaysis and review of Magistrate Judge Schroeder's Decision and Order | 0.70 | 385.00 |
| 10/05/2015 | JRM | Anaysis and review of case file, previous discovery orders, and discovery produced by Defendants, in preparation for deciding whether to object to Magistrate Judge Schroeder's order | 1.40 | 560.00 |
| 10/07/2015 | JRM | Telephone call w/ Connie Montoya and co-counsel | 0.20 | 80.00 |
| 10/07/2015 | JRM | Telephone call w/ co-counsel re settlement issues and whether to object to 10% of Magistrate Schroeder's Decision and Order | 0.50 | 200.00 |
| 10/07/2015 | BLB | Telephone call w/ co-counsel re settlement issues and | 0.50 | 275.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | whether to object to 10% of Magistrate Schroeder's Decision and Order | | |
| 10/07/2015 | BLB | Telephone call w/ Connie Montoya and co-counsel | 0.20 | 110.00 |
| 10/09/2015 | JRM | Telephone call w/ client and Seth Andrews and BLB re case status and formulating a settlement demand | 0.50 | 200.00 |
| 10/09/2015 | JRM | Anaysis and review of Cox v. Sherman docket to see if there have been any new developments, especially whether any depositions had been taken | 1.40 | 560.00 |
| 10/09/2015 | BLB | Telephone call w/ client and Seth Andrews and JRM re case status and formulating a settlement demand | 0.50 | 275.00 |
| 10/12/2015 | JRM | Preparation for service of subpoena on Plews Shadley for deposition transcripts | 1.00 | 400.00 |
| 10/12/2015 | BLB | Email correspondence with defense counsel re settlement after circulating draft to co-counsel; read and and reviewed email back from Connie Montoya | 0.40 | 220.00 |
| 11/02/2015 | JRM | Telephone call w/ Connie Montoya, Nabil Foster, and BLB re deposition transcripts and exhibits1; | 0.20 | 80.00 |
| 11/02/2015 | BLB | Telephone call w/ Connie Montoya, Nabil Foster, and JRM re deposition transcripts and exhibits1 | 0.20 | 110.00 |
| 11/06/2015 | JRM | Draft, revise and edit of response to LVNV's Objections to MJ Schroeder's Order | 1.90 | 760.00 |
| 11/06/2015 | JRM | Analysis and review of LVNV's motion to quash subpoena on Plews Shadley | 0.60 | 240.00 |
| 11/06/2015 | JRM | Analysis and review of new discovery produced by LVNV | 1.00 | No Charge |
| 11/09/2015 | JRM | Draft, revise and edit of response to LVNV's Objections to MJ Schroeder's Order | 8.50 | 3,400.00 |
| 11/09/2015 | JRM | Preparation of responses to LVNV's Objections and all supporting documents for filing | 1.00 | 400.00 |
| 11/09/2015 | BLB | Preparation of revised response to LVNV's objections | 0.90 | 495.00 |
| 11/09/2015 | JRM | Correspondence with opposing counsel re deficient discovery responses (x2) | 0.80 | No Charge |
| 11/13/2015 | JRM | Analysis and review of discovery newly produced by LVNV (servicing agreement) | 0.60 | No Charge |
| 11/15/2015 | JRM | Analysis and review of discovery newly produced by LVNV - declaration regarding finances | 0.10 | No Charge |
| 11/15/2015 | JRM | Correspondence with opposing counsel re deficient discovery responses | 0.30 | No Charge |
| 11/16/2015 | JRM | Analysis and review of discovery newly produced by LVNV (operating agreement) | 0.60 | No Charge |
| 11/16/2015 | JRM | Correspondence with opposing counsel re: deficient discovery responses | 0.80 | No Charge |
| 11/17/2015 | JRM | Correspondence with opposing counsel re: deficient discovery responses | 0.80 | No Charge |
| 11/20/2015 | JRM | Draft, revise and edit of memo in opposition to LVNV's motion to quash | 12.10 | 4,840.00 |
| 11/20/2015 | JRM | Draft, revise and edit of Bromberg Decl in opposition to LVNV motion to quash | 1.50 | 600.00 |
| 11/20/2015 | JRM | Preparation of all documents and exhibits - Plaintiff's opposition to LVNV's motion to quash in Indiana | 2.70 | 1,080.00 |
| 11/24/2015 | BLB | Read and reviewed email correspondence from Pushpa Piyatissa re withdrawal | 0.10 | 55.00 |
| 12/04/2015 | JRM | Analysis and review of LVNV's reply - motion to quash subpoena on Cox depo | 0.30 | 120.00 |
| 12/28/2015 | JRM | Correspondence with Connie Montoya and Nabil Foster - deadlines for producing discovery | 0.50 | No Charge |
| 01/18/2016 | JRM | Draft, revise and edit of Motion for Contempt/Sanctions against LVNV | 4.00 | No Charge |
| 01/18/2016 | JRM | Read and review of all materials relevant to drafting motion for contempt/sanctions against LVNV: previous discovery orders, discovery produced by defendants; emails between counsel, notes, etc. | 2.00 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/21/2016 | JRM | Draft, revise and edit of Fourth Motion for Contempt/Sanctions against LVNV | 1.90 | No Charge |
| 01/26/2016 | JRM | Draft, revise and edit of 4th motion for sanctions/contempt against LVNV | 3.10 | No Charge |
| 01/27/2016 | JRM | Draft, revise and edit of fourth motion for contempt/sanctions against LVNV | 1.90 | No Charge |
| 01/28/2016 | JRM | Draft, revise and edit of fourth motion for contempt/sanctions against LVNV | 5.00 | No Charge |
| 01/28/2016 | JRM | Research of Cox docket - analyzing and downloading materials added to electronic docket since late November | 1.00 | No Charge |
| 01/29/2016 | JRM | Draft, revise and edit of fourth motion for sanctions/contempt against LVNV | 3.80 | No Charge |
| 02/01/2016 | JRM | Draft, revise and edit of Miller Decl in support of contempt/sanctions against LVNV, with some preparation of exhibits | 2.50 | No Charge |
| 02/01/2016 | BLB | Preparation of revised memorandum | 1.10 | No Charge |
| 02/01/2016 | JRM | Research of whether withdrawal of summary judgment motion constitutes waiver of issue for purposes of trial | 0.30 | No Charge |
| 02/01/2016 | JRM | Research of who has burden of demonstrating defendant is "debt collector" | 0.20 | No Charge |
| 02/01/2016 | JRM | Draft, revise and edit of memo in support of contempt/sanctions against LVNV - fixing footnotes; revising; section on legal standard | 4.10 | No Charge |
| 02/05/2016 | JRM | Draft, revise and edit of Motion to Extend All Discovery Deadlines (due to LVNV not producing discovery), as well as declaration in support of Motion | 2.10 | No Charge |
| 02/05/2016 | JRM | Preparation of - Final prep and filing of Motion to extend discovery deadlines (because of LVNV's failure to provide discovery) | 0.90 | No Charge |
| 02/23/2016 | JRM | Read and review LVNV's Opposition to Fourth Motion for Sanctions | 1.00 | No Charge |
| 03/04/2016 | JRM | Analysis and review of account notes produced by LVNV - trying to determine exactly how LVNV calculated interest, which is relevant to whether debt purchase documents are relevant to this case - in preparation for reply brief on fourth motion for sanctions | 2.80 | No Charge |
| 03/04/2016 | JRM | Draft, revise and edit of reply memorandum - fourth motion for sanctions | 5.30 | No Charge |
| 03/07/2016 | JRM | Draft, revise and edit of Miller reply declaration in further support of fourth motion for sanctions | 3.20 | No Charge |
| 03/07/2016 | BLB | Final review of reply papers and motion to seal | 0.50 | No Charge |
| 03/07/2016 | BLB | Preparation of revised reply memorandum | 1.20 | No Charge |
| 03/07/2016 | JRM | Draft, revise and edit of reply memo in further support of fourth motion for sanctions; proofreading, adding and fixing footnotes | 1.40 | No Charge |
| 03/07/2016 | JRM | Preparation of reply papers in further support of fourth motion to seal and filing, including preparation of motion to seal Miller Decl. | 1.10 | No Charge |
| 03/08/2016 | JRM | Anaysis and review of MJ Lynch's decision quashing subpoena (S.D. Indiana) | 1.20 | 480.00 |
| 03/11/2016 | JRM | Research of cases cited in MJ Lynch's decision (S.D. Indiana) | 1.80 | 720.00 |
| 03/17/2016 | JRM | Research of 7th Circuit case law on stipulated protective orders and confidentiality - in preparation for objections to MJ Lynch's decision quashing subpoena (S.D. Indiana) | 6.40 | 2,560.00 |
| 03/17/2016 | JRM | Draft, revise and edit of outline for objections to MJ Lynch's decision quashing subpoena (SD Indiana) | 1.00 | 400.00 |
| 03/18/2016 | JRM | Draft, revise and edit of objections to MJ Lynch's decision quashing subpoena (SD Indiana) | 8.10 | 3,240.00 |
| 03/18/2016 | JRM | Preparation of and filing objections to MJ Lynch's decision (S.D. Indiana) | 1.10 | 440.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/2016 | JRM | Draft, revise and edit of motion to stay objections to MJ Lynch's order, while Motion for Reconsideration is pending | 1.40 | 560.00 |
| 03/23/2016 | JRM | Preparation of and filing of motion to stay (S.D. Indiana) | 0.50 | 200.00 |
| 03/24/2016 | JRM | Read and review LVNV's sur-reply in opposition to Fourth Motion for Sanctions | 0.60 | No Charge |
| 03/24/2016 | JRM | Research of Florida law on judgments and statutory interest | 0.90 | No Charge |
| 03/25/2016 | JRM | Draft, revise and edit of motion to file sur-sur-reply as well as motion for leave to file sur-sur-reply | 6.10 | No Charge |
| 03/25/2016 | JRM | Preparation of motion for leave to file sur-sur-reply and proposed sur-sur-reply and filing | 0.40 | No Charge |
| 04/01/2016 | JRM | Research of 7th Circuit law on confidentiality and intervention in preparation for filing Motion for Reconsideration (SD Indiana) | 2.20 | 880.00 |
| 04/04/2016 | JRM | Preparation of and filing of Motion for Reconsideration (S.D. Indiana) | 2.10 | 840.00 |
| 04/04/2016 | JRM | Draft, revise and edit of Motion for Reconsideration | 9.20 | 3,680.00 |
| 04/05/2016 | BLB | Final preparation and service of cover letter and Third Set of Written Discovery Demands | 1.00 | 550.00 |
| 04/05/2016 | BLB | Correspondence with Amy Romig re document preservation | 0.60 | 330.00 |
| 04/06/2016 | JRM | Draft, revise and edit of and filing Motion to Intervene (total time 1 hr, split with Moukengeschaie case). | 0.50 | 200.00 |
| 04/07/2016 | JRM | Draft, revise and edit of brief in support of motion to intervene in Cox (total time 2.2, split with Moukengeschaie) | 1.10 | 440.00 |
| 04/07/2016 | JRM | Preparation of and filing of Bromberg decl in support of Cox motion to intervene, and filing (.8 total, split with Moukengeschaie case) | 0.40 | 160.00 |
| 04/07/2016 | JRM | Preparation of exhibits to Bromberg decl in support of motion to intervene in cox (total time 3.2 hrs, split with Moukengeschaie case) | 1.60 | 640.00 |
| 04/07/2016 | JRM | Draft, revise and edit of Bromberg declaration in support of motion to intervene in Cox (total time 1.2, split with Moukengeschaie) | 0.60 | 240.00 |
| 04/08/2016 | JRM | Preparation of and filing of brief in support of motion to intervene in Cox (total time .8, split with Moukengeschaie) | 0.40 | 160.00 |
| 04/08/2016 | JRM | Draft, revise and edit of brief in support of motion to intervene in Cox (total time 6.4, split with Moukengeschaie) | 3.20 | 1,280.00 |
| 04/10/2016 | BLB | Final preparation and service of motion to intervene and unseal | 7.50 | 4,125.00 |
| 04/19/2016 | JRM | Read and review of LVNV's Opposition to Motion for Reconsideration (SD Indiana) | 1.00 | 400.00 |
| 04/21/2016 | JRM | Research of cases cited in LVNV's Opp to our Motion for Reconsideration (SD Indiana) | 1.30 | 520.00 |
| 04/22/2016 | JRM | Preparation of and filing of Reply on Motion for Reconsideration (SD Indiana) | 1.90 | 760.00 |
| 04/29/2016 | JRM | Draft, revise and edit of reply on Motion for Reconsideration (SD Indiana) | 5.50 | 2,200.00 |
| 05/18/2016 | BLB | Attend meeting w/ Connie Montoya -- discussed settling attorney fees at courthouse | 0.10 | 55.00 |
| 05/19/2016 | BLB | Email correspondence with Connie Montoya re resolving attorney fees issue | 0.30 | 165.00 |
| 05/19/2016 | BLB | Email correspondence with Nabil Foster re his firm still sending documents to my old address | 0.10 | 55.00 |
| 05/19/2016 | BLB | Read and reviewed purchase and sale agreement with an eye to moving to preclude and for sanctions and with an eye to depositions | 0.50 | 275.00 |
| 05/19/2016 | JRM | Draft, revise and edit of Fifth Motion for Sanctions - outlining and introduction | 3.00 | 1,200.00 |
| 05/20/2016 | JRM | Draft, revise and edit of Fifth Motion for Sanctions - Part I (includes research and collecting exhibits re: Sherman entities and predictive analytics of debt buying) | 5.00 | 2,000.00 |
| 05/27/2016 | BLB | Preparation of revised papers in opposition to motion for | 0.80 | 440.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | protective order | | |
| 06/06/2016 | BLB | Read and reviewed email from Nabil Foster; email correspondence back and forth | 0.30 | 165.00 |
| 07/11/2016 | JRM | Read and review LVNV's Opposition to our Fifth Motion for Sanctions | 0.50 | 200.00 |
| 07/11/2016 | JRM | Draft, revise and edit of reply on Fifth Motion for Sanction against LVNV - preparation of outline | 0.10 | 40.00 |
| 07/11/2016 | JRM | Read and review of LVNV's reply memo on its motion for protective order | 0.30 | 120.00 |
| 07/11/2016 | JRM | Draft, revise and edit of reply on Fifth Motion to Sanction LVNV - section on "transfer" versus "business deal" | 2.00 | 800.00 |
| 07/13/2016 | JRM | Draft, revise and edit of reply on fifth motion for sanctions - section A on "business deal" docs | 4.00 | 1,600.00 |
| 07/14/2016 | JRM | Draft, revise and edit of reply on fifth motion for sanctions - sections B & C | 4.50 | 1,800.00 |
| 07/14/2016 | BLB | Preparation of revised reply brief | 0.50 | 275.00 |
| 07/15/2016 | JRM | Draft, revise and edit of Miller Reply Decl - fifth motion for sanctions | 0.30 | 120.00 |
| 07/15/2016 | JRM | Draft, revise and edit of reply memo - fifth motion for sanctions - cutting down to page limit | 0.50 | 200.00 |
| 07/15/2016 | JRM | Preparation of - final prep of reply memo, reply decl, and certificate of service and filing | 1.10 | 440.00 |
| 01/18/2017 | BLB | Telephone call w/ JRM and Seth Andrews re discovery and deposition issues | 0.40 | 220.00 |
| 03/10/2017 | BLB | Telephone call w/ RJM and Montoya and Nabil and two or three other associates | 0.30 | 165.00 |
| 03/10/2017 | BLB | Telephone call w/ JRM re jiggering our 30(b)(6) topics | 0.10 | 55.00 |
| 03/10/2017 | JRM | Telephone call with all counsel re: deposition topics and timing | 0.30 | 120.00 |
| 03/10/2017 | JRM | Telephone call with BLB re: necessity of revising deposition topics | 0.10 | 40.00 |
| 05/19/2017 | BLB | Telephone call w/ Connie and Nabil re revised deposition notices | 0.30 | 165.00 |
| 06/23/2017 | BLB | Telephone call w/ Connie Montoya re rescheduling Eltman 30(b)(6) deposition | 0.10 | 55.00 |
| 06/27/2017 | BLB | Telephone call w/ Nabil Foster and co-counsel re scheduling | 0.50 | 275.00 |
| 06/27/2017 | BLB | Preparation of motion to extend discovery because of extraordinary circumstances | 0.60 | 330.00 |
| 06/28/2017 | BLB | Final preparation and filing of Godson motion to extend deadlines | 0.60 | 330.00 |
| 06/29/2017 | BLB | Telephone call w/ JRM re proposed dates for rescheduled Eltman deposition | 0.30 | 165.00 |
| 07/06/2017 | BLB | Telephone call w/ JRM re Nabil's proposed deposition dates for LVNV | 0.30 | 165.00 |
| 07/18/2017 | BLB | Final preparation and service of Amended Deposition Notices | 1.20 | 660.00 |
| 07/20/2017 | BLB | Preparation for taking deposition | 5.20 | 2,860.00 |
| 07/21/2017 | BLB | Final preparation for deposition of Eltman with JRM | 1.10 | 605.00 |
| 07/21/2017 | BLB | Deposition under Rule 30(b)(6) of Eltman (jacquelyn Kenel) | 8.70 | 4,785.00 |
| 07/25/2017 | BLB | Preparation with JRM for taking deposition of LVNV | 0.60 | 330.00 |
| 07/25/2017 | BLB | Reviewed all court documents to see whether there was anything we might have missed that we would want to mark as a deposition exhibit | 2.60 | 1,430.00 |
| 07/26/2017 | BLB | Travel time from Manhattan to LaGuardia to Charlotte to Greenville (by car) for deposition | 7.00 | 3,850.00 |
| 07/27/2017 | BLB | Final preparation for LVNV deposition with JRM | 1.10 | 605.00 |
| 07/27/2017 | BLB | Deposition under Rule 30(b)(6) of LVNV (Meghan Emmerich) | 7.00 | 3,850.00 |
| 07/28/2017 | BLB | Telephone call w/ JRM and Connie Montoya re discovery | 0.40 | 220.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | and motion practice and settlement | | |
| 07/28/2017 | BLB | Travel time from Greenville to Charlotte (by car) to LGA to Manhattan | 7.00 | 3,850.00 |
| 07/31/2017 | BLB | Telephone call w/ Chris Godson re case status and settlement | 0.30 | 165.00 |
| 08/29/2017 | BLB | Service of subpoena on Eltman's accountants | 1.00 | 550.00 |
| 08/30/2017 | BLB | Telephone call w/ Angela Stokes re deposition | 0.10 | 55.00 |
| 09/14/2017 | BLB | Travel time from Manhattan to JFK to Raleigh for deposition of Angela Stokes | 4.50 | 2,475.00 |
| 09/14/2017 | BLB | Telephone call w/ JRM -- preparation for Stokes deposition | 1.20 | 660.00 |
| 09/15/2017 | BLB | Travel time from Raleigh to JFK to Manhattan | 4.50 | 2,475.00 |
| 09/15/2017 | BLB | Final preparation with JRM for Stokes deposition | 0.80 | 440.00 |
| 09/15/2017 | BLB | Deposition of Angela Stokes | 6.60 | 3,630.00 |
| 09/19/2017 | BLB | Telephone call w/ court reporter and JRM -- made record of non-attendance of EEC's accountants | 0.30 | 165.00 |
| 09/26/2017 | BLB | Telephone call w/ Nabil Foster and JRM re settlement | 0.30 | 165.00 |
| 09/27/2017 | BLB | Email correspondence with client re Defendants' settlement offer | 0.40 | 220.00 |
| 10/24/2017 | BLB | Telephone call w/ JRM re what needs to be done next on this case and what the DebtNext database shows | 1.20 | 660.00 |
| 11/02/2017 | BLB | Telephone call w/ Chris Godson and JRM -- client authorized us to demand $800 a class member + money to him + money to us | 0.20 | 110.00 |
| 11/02/2017 | BLB | Telephone call w/ Nabil Foster and JRM -- conveyed new settlement demand | 0.20 | 110.00 |
| 11/06/2017 | BLB | Travel time to Buffalo from NYC, including trip to airport | 3.00 | 1,650.00 |
| 11/06/2017 | BLB | Attend meeting w/ Seth and client to prepare for mediation | 1.00 | 550.00 |
| 11/07/2017 | BLB | Attend meeting -- settlement conference in Buffalo and putting settlement terns on the record | 7.00 | 3,850.00 |
| 11/14/2017 | BLB | Telephone call w/ JRM and Rebecca Gelozin | 0.20 | 110.00 |
| 11/21/2017 | BLB | Telephone call w/ Wilson Elser re pending motion for contempt | 0.10 | 55.00 |
| 11/21/2017 | BLB | Email correspondence with JRM re call with Wilson Elser and how to proceed with pending motion | 0.10 | 55.00 |
| 12/12/2017 | BLB | Preparation of first draft of settlement documents | 1.50 | 825.00 |
| 01/04/2018 | BLB | Email correspondence with Nabil and Connie re settlement documents -- where are they? | 0.20 | 110.00 |
| 02/02/2018 | BLB | Preparation of revised settlement documents; email to defense counsel | 0.50 | 275.00 |
| 04/02/2018 | BLB | Preparation of declaration in support of preliminary approval | 1.50 | 825.00 |
| 04/23/2018 | BLB | Telephone call w/ Chambers -- Court needs courtesy copies | 0.10 | 55.00 |
| 04/23/2018 | BLB | Research of court rules and individual practices | 0.20 | 110.00 |
| 04/23/2018 | BLB | Telephone call w/ Chambers | 0.10 | 55.00 |
| 04/23/2018 | BLB | Preparation of courtesy copies and preparation of corrected memorandum | 1.90 | 1,045.00 |
| 05/04/2018 | BLB | Court, preparation for and attendance at Preliminary Fairness Hearing in Buffalo | 7.00 | 3,850.00 |
| 05/18/2018 | BLB | Telephone call w/ Connie Montoya re revisions to preliminary approval papers | 0.30 | 165.00 |
| 05/18/2018 | BLB | Preparation of revised preliminary approval papers | 0.40 | 220.00 |
| 05/18/2018 | BLB | Final preparation of revised preliminary approval order and settlement notice; transmission to Judge Wolford | 0.70 | 385.00 |
| 05/23/2018 | BLB | Email correspondence with defense counsel re getting out class notice | 0.10 | 55.00 |
| 05/31/2018 | BLB | Preparation -- final review and approval of class settlement notice | 0.40 | 220.00 |
| 09/14/2018 | BLB | Preparation of Memorandum in Support of Final Approval | 6.80 | 3,740.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/15/2018 | BLB | Preparation of final approval papers | 5.30 | 2,915.00 |
| 09/17/2018 | BLB | Preparation of Bromberg Declaration in Support of Final Approval and Exhibits | 5.10 | 2,805.00 |
| 09/20/2018 | BLB | Preparation of Final Approval Papers | 6.10 | 3,355.00 |
| | | **Total Fees** | **657.90** | **$194,105.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---:|
| 03/16/2012 | E110 Out-of-town travel -- flights to/from Buffalo for mediation conference | 269.60 |
| 03/30/2012 | E110 Out-of-town travel -- taxi to airport | 59.30 |
| 05/04/2012 | E110 Out-of-town travel -- JetBlue flight to/from Buffalo | 189.80 |
| 05/11/2012 | Hampton Inn in Buffalo for May 19, 2012 mediation conference | 193.49 |
| 05/18/2012 | E110 Out-of-town travel -- taxi to airport | 60.36 |
| 06/13/2012 | E108 Postage -- Federal Express | 16.99 |
| 06/13/2012 | E108 Postage -- Federal Express | 16.99 |
| 07/19/2012 | E110 Out-of-town travel -- Parking at JFK Lot | 42.00 |
| 01/10/2014 | E108 Postage -- Federal Express | 70.13 |
| 11/18/2014 | E119 Experts -- Expert Fees paid to Consulting CPA -- $1,137.50 (zeroed out because already resolved as part of a court-awarded sanction) | 0.00 |
| 11/09/2015 | E113 Subpoena fees -- cost to serve subpoena duces tecum in Indianapolis -- used Guaranteed Subpoena Service, Inc. | 129.95 |
| 04/13/2016 | E108 Postage -- Federal Express | 234.93 |
| 07/16/2017 | E110 Out-of-town travel -- American Airlines from NYC to Charlotte and Back | 267.90 |
| 07/26/2017 | E115 Deposition transcripts -- Eltman -- payment to Esquire Solutions -- Invoice No. 1037821 | 3,080.75 |
| 07/28/2017 | E110 Out-of-town travel -- Alamo Car Rental | 168.34 |
| 07/28/2017 | E110 Out-of-town travel -- gas for rental car to get to-from Greenville from Charlotte | 16.50 |
| 07/28/2017 | E110 Out-of-town travel -- Hampton Inn in Greenville | 327.08 |
| 08/28/2017 | E113 Subpoena fees -- PKF O'Connor Davies LLP | 70.00 |
| 10/12/2017 | E115 Deposition transcripts -- Angela Stokes Deposition | 865.00 |
| 10/13/2017 | E115 Deposition transcripts -- Emmerich Deposition -- payment to Compuscripts, Inc., Inv. No. 1040476 | 2,361.04 |
| 10/16/2017 | E115 Deposition transcript -- Eltman's accountants -- payment to Esquire Solutions -- Invoice No. 1081060 | 344.31 |
| 10/18/2017 | E119 Experts -- fee paid to a consulting CPA | 570.00 |
| 11/07/2017 | Hotel -- The Mansion on Delaware Avenue | 255.94 |
| 12/17/2017 | E115 Deposition transcripts -- videographer -- deposition of Angela Stokes | 496.50 |
| 04/23/2018 | E110 Out-of-town travel -- JetBlue to/from Buffalo for Preliminary Approval Hearing | 310.39 |
| 05/04/2018 | E110 Out-of-town travel -- airport taxi in Buffalo | 39.96 |
| 05/04/2018 | E110 Out-of-town travel -- Jerusalem Car Service to airport | 35.00 |
| 05/04/2018 | E110 Out-of-town travel -- taxi from airport to home | 51.52 |
| 05/04/2018 | E110 Out-of-town travel -- taxi from court to airport | 17.32 |
| 09/05/2018 | E110 Out-of-town travel -- Delta to/from Buffalo for Final Approval Hearing | 210.40 |

| | | |
|---|---|---:|
| 09/16/2018 | E110 Out-of-town travel -- Hotel Room for Final Approval Hearing | 256.28 |
| | **Total Expenses** | **$11,027.77** |
| | **TOTAL NEW CHARGES** | **$205,132.77** |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Current Fees (Amounts marked "No Charge" above were resolved through Sanction Payments) | 194,105.00 |
| Current Expenses | 11,027.77 |
| **AMOUNT DUE AND OWING TO DATE** | **$205,132.77** |

PER: _____

**Brian L. Bromberg**