# Exhibit B

**SO ORDERED.**

**SIGNED this 28th day of March, 2014.**

_Catharine R Aron_
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: ) No. B-12-81464 C-13D
Warren K. Earles )
Dedrah D. Earles )
    Debtor

### ORDER GRANTING MOTION FOR APPROVAL OF
### SETTLEMENT AGREEMENT AND FOR ATTORNEY FEES

On March 20, 2014, a hearing was held on the Debtors' Motion for Approval of Settlement Agreement and Attorney Fees. The Debtors employed special counsel, Suzanne Begnoche, Esq. to represent them in pursuing a claim against NCO Financial Systems, Inc. The Debtors received a recovery of $13,625.96 and seek approval from the Court for the disbursement of said proceeds. At the hearing, Virginia B. Collins, Esq. appeared on behalf of the Debtors; Richard M. Hutson II, Standing Trustee appeared; and, no other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be granted; therefore, it is ORDERED

    1.    The Debtors' Motion for Approval of Settlement Agreement and for Attorney Fees is granted.

    2.    Suzanne Begnoche, Esq. is awarded attorney's fees in the amount of $5,900.96.

    3.    The Debtors are permitted to retain their remaining exemption in the sum of $5,910.00 with the net balance of the proceeds in the amount of $1,815.00 shall be remitted to the Chapter 13 Office for application upon priority and general unsecured claims in this case.

    4.    Virginia B. Collins, Esq. is allowed the presumptive attorney fee of $250.00 for services rendered in the filing of this Motion which shall be paid through the Debtor's plan.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
12-81464 C-13D

Warren K. Earles
Dedrah D. Earles
329 Plainfield Church Rd.
Siler City, NC  27344

Virginia B. Collins, Esq.
PO Box 1059
Pittsboro, NC  27312

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Suzanne Begnoche, Esq.
Attorney at Law
312 West Franklin Street
Chapel Hill, NC 27516

William P. Miller, Esq.
U.S. Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402