# Exhibit C

**Salem Community Law Office**
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

# INVOICE

**Date:** Sep 21, 2018
**Invoice #:** 3
**Matter:** Eltman, Eltman & Cooper, P.C. and LVNV Funding, LLC
**File #:**

**Bill To:**
Godson, Christopher

**Due Date:** Oct 25, 2018

**Payments received after Sep 21, 2018 are not reflected in this statement.**

**Professional Services**

| Date | Details | Hours | Rate | Amount |
|---|---|---|---|---|
| Jun 22, 2017 | Correspondence<br>Email to Connie Montoya re: rescheduling 30(b)(6) depo of Eltman | 0.10 | $400.00 | $40.00 |
| Jun 23, 2017 | Correspondence<br>Email to Connie Montoya re: rescheduling 30(b)(6) depo of Eltman | 0.10 | $400.00 | $40.00 |
| Jun 27, 2017 | Phone Call<br>Conference call with Brian and Nabil re: rescheduling LVNV depo and joint request to extend discovery | 0.50 | $400.00 | $200.00 |
| Jun 27, 2017 | Proofread/Edit Document<br>Reviewed motion for extension of discovery prepared by Brian; made minor corrections | 0.30 | $400.00 | $120.00 |
| Jun 29, 2017 | Phone call<br>Call with Brian to discuss Connie's proposed dates for rescheduled Eltman depo - we settled on July 21, 2017 | 0.30 | $400.00 | $120.00 |
| Jul 06, 2017 | Phone call<br>Telephone call with BLB to discuss Nabil's proposed dates for LVNV depo - we agreed July 27 would be best. | 0.30 | $400.00 | $120.00 |
| Jul 13, 2017 | Prepare and File Document<br>Researching WDNY's procedure for changing attorney address, preparing change of address, and filing | 0.60 | $400.00 | $240.00 |
| Jul 13, 2017 | Draft Document<br>Amended 30(b)(6) depo notices on both Eltman and | 0.60 | $400.00 | $240.00 |

Salem Community Law Office
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

|  |  |  |  |  |
|---|---|---|---|---|
|  | LVNV |  |  |  |
| Jul 19, 2017 | Depo Prep<br>Going through all discovery and gathering and sorting everything we might want to use as an exhibit at Eltman 30(b)(6) depo | 5.60 | $400.00 | $2,240.00 |
| Jul 20, 2017 | Travel Time<br>Flight to Newark for rescheduled Eltman 30(b)(6) depo | 2.40 | $400.00 | $960.00 |
| Jul 20, 2017 | Depo Prep<br>Going through all potential exhibits with Brian Bromberg in NYC; making list of points to hit and discussing deposition strategy | 5.20 | $400.00 | $2,080.00 |
| Jul 21, 2017 | Depo Prep<br>Final preparations for depo of Eltman - preparing conference room and all documents; discussion with BLB | 1.10 | $400.00 | $440.00 |
| Jul 21, 2017 | Deposition<br>30(b)(6) deposition of Eltman (Jacquelyn Kenel) | 8.70 | $400.00 | $3,480.00 |
| Jul 21, 2017 | Travel Time<br>Flight back to NC from Newark after 30(b)(6) depo of Eltman | 2.10 | $150.00 | $315.00 |
| Jul 25, 2017 | Depo Prep<br>Searching for potential exhibits for LVNV 30(b)(6) depo, including searching for information on Meghan Emmerich and searching PACER for other LVNV depo transcripts that could be helpful | 3.20 | $400.00 | $1,280.00 |
| Jul 25, 2017 | Phone Call<br>Telephone call with Brian - preparing for 30(b)(6) depo of LVNV | 0.60 | $400.00 | $240.00 |
| Jul 26, 2017 | Depo Prep<br>Sorting and printing all potential exhibits for Emmerich depo (and documents that had already been marked as exhibits in Kenel depo). | 2.10 | $400.00 | $840.00 |
| Jul 26, 2017 | Travel Time<br>Drive to Greenville, SC from Winston-Salem, NC | 3.00 | $400.00 | $1,200.00 |
| Jul 27, 2017 | Deposition<br>30(b)(6) depo of LVNV (Meghan Emmerich) | 7.00 | $400.00 | $2,800.00 |
| Jul 27, 2017 | Depo Prep<br>Final preparation for LVNV depo with Brian over breakfast - going over list of points to hit, potential exhibits, strategy | 1.10 | $400.00 | $440.00 |
| Jul 27, 2017 | Travel Time<br>Drive back to Winston-Salem, NC from Greenville, SC | 3.00 | $400.00 | $1,200.00 |
| Jul 28, 2017 | Phone call | 0.40 | $400.00 | $160.00 |

**Salem Community Law Office**
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437  Fax: (336) 837-4436

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| | Phone call with Brian and Connie re: discovery, motion practice, settlement | | | |
| Jul 31, 2017 | Draft Motion<br>Drafting Motion to Extend Discovery | 1.00 | $400.00 | $400.00 |
| Jul 31, 2017 | Correspondence<br>Several email back and forth with Connie re: consent motion to extend discovery, and revisions to motion papers Connie asked for | 0.80 | $400.00 | $320.00 |
| Jul 31, 2017 | File motion<br>Filing motion for extension of discovery | 0.20 | $400.00 | $80.00 |
| Aug 07, 2017 | Subpoena<br>Prepare Angela Stokes subpoena | 0.40 | $400.00 | $160.00 |
| Aug 07, 2017 | Telephone Call<br>Call with Brian Bromberg and Craig Shapiro - discussed strategy re: Angela Stokes depo and net worth discovery with BB; discussed possible depo locations and court reporters in Raleigh-Durham area with CS. | 0.40 | $400.00 | $160.00 |
| Aug 07, 2017 | Preparation of Document<br>Drafting subpoena on Angela Stokes | 0.50 | $400.00 | $200.00 |
| Aug 07, 2017 | Research<br>Online research of Angela Stokes's whereabouts - LinkeIn, Duke Medical websites and directories, Spokeo, NC voter database, etc. | 1.30 | $400.00 | $520.00 |
| Aug 08, 2017 | Research<br>Research of rules for compensating subpoenaed witnesses | 0.20 | $400.00 | $80.00 |
| Aug 08, 2017 | Service of Subpoena<br>Email correspondence with Presto Servers to arrange service of subpoena on Angela Stokes, and mailing witness fee check in mail to Presto Servers | 0.60 | $400.00 | $240.00 |
| Aug 09, 2017 | Review File<br>Review financial statements produced by Eltman and notes on previous conversations on net worth issue, in preparation for drafting deposition on written questions on Eltman's accountants | 1.40 | $400.00 | $560.00 |
| Aug 10, 2017 | Depo on Written questions - O'Connor<br>Drafting deposition on written questions on Eltman's accountantss | 2.10 | $400.00 | $840.00 |
| Aug 14, 2017 | Depo on written questions on EEC's accountant<br>Revising and preparing Rule 45 subpoena on EEC's accountant; researching correct location to serve subpoena | 1.10 | $400.00 | $440.00 |
| Aug 14, 2017 | Deposition | 0.80 | $400.00 | $320.00 |

Salem Community Law Office<br>
301 N. Main Street, Suite 2412<br>
Winston-Salem, NC 27101<br>
Phone: (336) 837-4437 Fax: (336) 837-4436

| | | | | |
|---|---|---|---|---|
| | Answering questions emailed by court reporter for preparation of Emmerich depo transcript. | | | |
| Aug 14, 2017 | Correspondence<br>Dictate, Prepare, Send Correspondence - Letter to Connie Montoya laying out demands for production of additional documents. | 1.20 | $400.00 | $480.00 |
| Aug 30, 2017 | Phone call<br>Telephone call with Brian and Angela Stokes: re deposition | 0.10 | $400.00 | $40.00 |
| Aug 31, 2017 | Correspondence<br>Email correspondence with Connie - answering her questions about Stokes depo | 0.20 | $400.00 | $80.00 |
| Sep 13, 2017 | Review Discovery<br>Reviewing 450 pages of additional documents produced by Defendants, so we could use info, documents in Stokes depo | 6.60 | $400.00 | $2,640.00 |
| Sep 14, 2017 | Depo Prep<br>Telephone call with BLB - preparation for Stokes depo, including briefing him on new discovery turned over by Defendants | 1.20 | $400.00 | $480.00 |
| Sep 14, 2017 | Depo Prep<br>Organizing and printing all potential exhibits for Stokes depo, including previously marked exhibits | 2.40 | $400.00 | $960.00 |
| Sep 15, 2017 | Travel Time<br>Drive to Raleigh to attend deposition of Angela Stokes | 1.40 | $400.00 | $560.00 |
| Sep 15, 2017 | Travel Time<br>Travel back to W-S, NC from Raleigh following deposition of Angela Stokes | 1.40 | $400.00 | $560.00 |
| Sep 15, 2017 | Depo Prep<br>Final preparation with Brian for Stokes depo on morning of deposition | 0.80 | $400.00 | $320.00 |
| Sep 15, 2017 | Deposition<br>Deposition of Angela Stokes | 6.60 | $400.00 | $2,640.00 |
| Sep 18, 2017 | Phone call<br>Called Esquire to make sure that they had received exhibits for use during deposition on written questions and everything was ready to go | 0.20 | $400.00 | $80.00 |
| Sep 19, 2017 | Deposition<br>Remotely attended deposition on written questions of EEC's accountants - Brian made record of accountants' non-attendance | 0.30 | $400.00 | $120.00 |
| Sep 26, 2017 | Phone call<br>Telephone call w/ Nabil Foster and BLB re settlement -- Foster made new offer | 0.30 | $400.00 | $120.00 |

Salem Community Law Office
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Sep 28, 2017 | Correspondence<br>Wrote email to Connie and Nabil about their client's continuing refusal to produce DebtNext records and giving them deadline to respond | 0.60 | $400.00 | $240.00 |
| Sep 29, 2017 | Drafting Motion<br>Drafting and filing motion for extension of discovery | 1.00 | $400.00 | $400.00 |
| Oct 09, 2017 | Review Discovery<br>Initial review of DebtNext discovery produced by Eltman on Friday | 1.10 | $400.00 | $440.00 |
| Oct 11, 2017 | Correspondence<br>Email correspondence with opposing counsel re: DebtNext production | 0.10 | $400.00 | $40.00 |
| Oct 23, 2017 | Review of Discovery<br>Detailed review of DebtNext records, comparing them with previous account records from other systems turned over by Defendants -- entering all data into spreadsheet to try to determine exactly how interest was calculated and how records related to each other | 5.20 | $400.00 | $2,080.00 |
| Oct 24, 2017 | Review Discovery<br>Continued detailed review and analysis of DebtNext records, and comparison with records from other systems, to try to determine how all the records could be reconciled. Entered all data into spreadsheet and wrote a narrative about how all amounts were calculated, so we wouldn't become confused later. | 4.50 | $400.00 | $1,800.00 |
| Oct 24, 2017 | Phone Call<br>Telephone call w/ Brian re what needs to be done next on this case and what the DebtNext database shows | 1.20 | $400.00 | $480.00 |
| Oct 31, 2017 | Prepare document<br>Draft/prepare notice of continuation of Eltman 30(b)(6) depo | 0.40 | $400.00 | $160.00 |
| Nov 01, 2017 | Correspondence<br>Email correspondence with Nabil re scheduling continuation of Eltman depo | 0.30 | $400.00 | $120.00 |
| Nov 01, 2017 | Draft Motion<br>Drafting motion to hold EEC's accountants in contempt for failing to appear at depo on written questions | 1.90 | $400.00 | $760.00 |
| Nov 02, 2017 | Draft/File Motion<br>Finishing up motion papers to hold EEC's accountants in contempt; compiling and preparing exhibits); filing (including opening miscellaneous case in SDNY) | 1.20 | $400.00 | $480.00 |
| Nov 02, 2017 | Phone call<br>Telephone call w/ Chris Godson and Brian -- client authorized us to make a revised settlement demand | 0.20 | $400.00 | $80.00 |

# Salem Community Law Office
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Nov 02, 2017 | Phone call<br>Telephone call w/ Nabil Foster and Brian -- conveyed new settlement demand | 0.20 | $400.00 | $80.00 |
| Nov 14, 2017 | Phone call<br>Telephone call w/ BLB and Rebecca Gelozin | 0.20 | $400.00 | $80.00 |
| Dec 13, 2017 | Proofread/Edit documents<br>Reviewed Brian's drafts of settlement agreement and class notice - made a few minor edits | 0.40 | $400.00 | $160.00 |
| Mar 19, 2018 | Draft motion<br>Drafting motion for preliminary approval in Godson | 2.00 | $400.00 | $800.00 |
| Mar 20, 2018 | Draft Motion<br>Drafting memo in support of motion for preliminary approval | 1.10 | $400.00 | $440.00 |
| Mar 21, 2018 | Drafting documents<br>Drafting side documents for preliminary approval motion - notice of motion, proposed orders. Also cleaned up settlement agreement and made some changes to class notice | 1.90 | $400.00 | $760.00 |
| Apr 02, 2018 | Edit document<br>Making final corrections to settlement agreement and cleaning up for filing | 0.30 | $400.00 | $120.00 |
| Apr 02, 2018 | Draft Motion<br>Drafting my declaration in support of preliminary approval | 0.70 | $400.00 | $280.00 |
| Apr 02, 2018 | Prepare/File Motion<br>Final preparation and filing of motion for preliminary approval and all supporting documents | 0.60 | $400.00 | $240.00 |
| Sep 14, 2018 | Proofread/Edit Document<br>Reviewed Brian's draft of memo in support of final approval and made edits | 0.70 | $400.00 | $280.00 |
| Sep 18, 2018 | Drafting Motion<br>Drafting my declaration in support of final approval and attorney fees | 1.10 | $400.00 | $440.00 |
| Sep 18, 2018 | Correspondence<br>Drafting and filing letter motion requesting three-day extension of time to file final approval documents | 0.40 | $400.00 | $160.00 |
| Sep 20, 2018 | Drafting motion<br>Revising, editing, and adding to my declaration in support of final approval and attorney fees | 0.60 | $400.00 | $240.00 |
| Sep 20, 2018 | Phone call<br>Telephone call with Brian - discussing final approval papers | 0.30 | $400.00 | $120.00 |
| Sep 21, 2018 | Drafting, revising motion | 1.60 | $400.00 | $640.00 |

**Salem Community Law Office**
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

| | | | | |
|---|---|---|---|---|
| | Revising memo in support of final approval; filling in blanks with details of case; adding to section on multipliers, revising other sections | | | |
| Sep 21, 2018 | Draft, revise motion<br>Reviewing and editing Bromberg decl | 0.30 | $400.00 | $120.00 |
| Sep 21, 2018 | Prepare, file documents<br>Final preparation of documents - preparing exhibits, converting documents to pdf - e-filing motion for final approval and all supporting papers | 0.90 | $400.00 | $360.00 |
| | **For professional services rendered** | **112.80** | | **$44,595.00** |

**Additional Charges**

| Date | Details | Quantity | Rate | Amount |
|---|---|---|---|---|
| Jun 18, 2017 | Hotel<br>Airbnb room in New York City for 30(b)(6) deposition of Eltman, Eltman, & Cooper - Because I did not cancel reservation five days in advance, I was obligated to pay full rate for first night (night of 6/21/17) and half rate for second night (night of 6/22/17). $79/night x 1.5 = | 1 | $118.50 | $118.50 |
| Jun 19, 2017 | Hotel<br>One night's stay in Newark, NJ on June 20, 2018 in anticipation of 30(b)(6) deposition of Eltman, Eltman & Cooper | 1 | $98.97 | $98.97 |
| Jun 20, 2017 | Mileage<br>Travel to New York, NY in personal car for scheduled 30(b)(6) depo of Eltman, Eltman & Cooper on June 20 - Connie Montoya canceled depo on afternoon of June 20 - 564 mi x 53.5 cents = $301.74 | 1 | $301.74 | $301.74 |
| Jun 24, 2017 | Mileage<br>Travel back from New York, NY - canceled 30(b)(6) depo of Eltman, Eltman & Cooper - in personal vehicle - 564 mi x 53.5 cents = $301.74 | 1 | $301.74 | $301.74 |
| Jun 30, 2017 | Flight<br>Round-trip airline ticket to Newark International, for rescheduled 30(b)(6) deposition of Eltman, Eltman & Cooper (Jacqueline Kenel) July 20-21, 2018 | 1 | $162.90 | $162.90 |
| Jul 01, 2017 | Hotel<br>One night's stay in New York City for rescheduled 30(b)(6) deposition of Eltman, Eltman & Cooper - night of July 20, 2018 | 1 | $142.90 | $142.90 |
| Jul 01, 2017 | Travel Insurance | 1 | $20.13 | $20.13 |

**Salem Community Law Office**
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Travel insurance on Priceline Hotel Room for July 20, 2017 | | | |
| Jul 25, 2017 | Hotel<br>One night's stay in Greenville, SC for 30(b)(6) deposition of LVNV (Meghan Emmerich) - night of July 26, 2018 | 1 | $178.98 | $178.98 |
| Jul 26, 2017 | Mileage<br>Travel in personal vehicle from W-S, NC to Greenville, SC for 30(b)(6) depo of LVNV - 174 mi x 53.5 cents = $93.09 | 1 | $93.09 | $93.09 |
| Jul 27, 2017 | Mileage<br>Travel from Greenville, SC to W-S, NC following 30(b)(6) depo of LVNV in personal vehicle - 174 mi x 53.5 cents = $93.09 | 1 | $93.09 | $93.09 |
| Aug 30, 2017 | Service of Process<br>Payment to Presto Servers for making service of subpoena on Angela Stokes | 1 | $124.00 | $124.00 |
| Sep 15, 2017 | Mileage<br>Travel to State Bar HQ in Raleigh, NC for deposition of Angela Stokes in personal vehicle - 104 mi x 53.5 cents = $55.64 | 1 | $55.64 | $55.64 |
| Sep 15, 2017 | Mileage<br>Travel back from Raleigh, NC to W-S, NC following depo of Angela Stokes in personal vehicle - 104 mi x 53.5 cents = $55.64 | 1 | $55.64 | $55.64 |
| Jul 01, 2018 | PACER charges<br>PACER charges billed to Godson file for 2nd quarter, 2018 | 1 | $15.10 | $15.10 |
| Sep 05, 2018 | Flight<br>Round-trip airline ticket from Greensboro, NC to Buffalo, NY for final approval hearing, 9/24/18 thru 9/25/18 | 1 | $298.60 | $298.60 |
| Sep 16, 2018 | Hotel<br>Travel to Buffalo for final approval hearing - one night's stay - Sept. 24, 2018 | 1 | $256.28 | $256.28 |
| Sep 20, 2018 | PACER<br>Pacer charges to Godson file for 3rd quarter 2018 | 1 | $2.60 | $2.60 |

**Total additional charges**  $2,319.90

**Invoice Amount**  **$46,914.90**

**Salem Community Law Office**
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Phone: (336) 837-4437 Fax: (336) 837-4436

| | |
|---|---:|
| **Balance Due** | **$46,914.90** |