# Exhibit A

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTOPHER GODSON,<br>on behalf of himself<br>and all others similarly situated, | ) ) ) ) | No. 1:11-cv-0764-EAW-HKS |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | |
| ELTMAN, ELTMAN & COOPER, P.C.,<br>and LVNV FUNDING, LLC, | ) ) ) | |
| Defendants. | ) ) | |

### ATTORNEY TIME RECORDS
### KENNETH R. HILLER, ESQ.

| DATE | ACTIVITY | TIME |
|---|---|---|
| 4/5/2011 | Telephone conference with client; discuss facts of his case;<br>Request that he provide all documents | 0.5 hrs. |
| 4/27/2011 | Review entire file, including all documents provided by client;<br>conduct legal research to determine viability of case | 3.0" |
| 6/1/2011 | Telephone conference with client; advise him additional<br>documents needed; discuss case in general | 0.4" |
| 6/7/2011 | Review additional documents provided by client | 0.5" |
| 7/7//2011 | Meet with Seth Andrews to review and discuss case, and the<br>possibility of a potential class action | 1.0" |
| 8/2//2011 | Legal research on viability of class action in this case; discuss<br>with Seth Andrews; Seth will contact potential class co-counsel | 4.0" |
| 9/8/2011 | Telephone conference with Brian Bromberg to discuss proposed<br>class action | 1.0" |
| 9/8/2018 | Prepare class action complaint | 3.0" |
| 9/9/2011 | Meeting with plaintiff (in person) and with Brian Bromberg, Esq.<br>by telephone; confirm factual allegations of case, accuracy of | |

|  |  |  |
|---|---|---|
|  | complaint.  Inform plaintiff of his duties as a class representative and goals of case. | 2.0" |
| 9/21/2011 | Meeting with client to discuss the status of case, to review each and every allegation in the complaint, and what to expect in case | 2.0" |
| 12/12/2011 | Review answer; email exchange with co-counsel regarding merits of moving to strike frivolous affirmative | 0.5" |
| 12/12/2011 | Review answers interposed by Defendant in other cases for use in Motion to Strike Affirmative Defenses | 0.5" |
| 12/12/2011 | Review another answer interposed by Defendant another cases for use in Motion to Strike Affirmative Defenses | 0.2" |
| 1/2/2012 | Prepare draft of motion to strike affirmative defenses, including affirmation of counsel, and 14 page memorandum of law | 9.0" |
| 1/3/2012 | Review revised (by co-counsel) Motion to Strike | 1.5" |
| 1/4/2012 | Telephone call with Brian Bromberg re: Rule 16 and Rule 26 conferences, and ADR procedures | 0.2" |
| 1/4/2012 | Review scheduling order on Motion to Strike; diary deadlines | 0.1" |
| 1/6/2012 | Prepare proposed case management order | 0.3" |
| 1/2/2012 | Telephone client re: status update | 0.3 |
| 2/1/2012 | Receive and review scheduling order; diary deadlines | 0.2" |
| 2/16/2012 | Telephone call with Brian Bromberg re: next steps in case | 0.2" |
| 2/17/2012 | Review Reply brief re: Motion to Strike prepared by Co-counsel | 0.6" |
| 2/17/2012 | Review flurry of emails attempting to schedule mediation | 0.2" |
| 2/17/2012 | Prepare Rule 26(a)(1) disclosures; email to co-counsel | 1.0" |
| 3/26/2012 | Review Motion to Certify Class; prepare affidavit in support of Motion; email to co-counsel | 2.0" |
| 3/27/2012-3/28/2012 | Review default judgment taken against plaintiff in Florida; email exchange with co-counsel discussing the ramifications | 0.4" |

| | | |
|---|---|---|
| 3/28/3012 | Review entire file to prepare for mediation; meet with Seth Andrews and client to discuss mediation strategy | 1.5" |
| 3/30/2012 | Meet with client before mediation; attend mediation; confer with client and co-counsel after mediation | 3.0" |
| 4/6/2012 | Review draft letter to Judge prepared by co-counsel | 0.1" |
| 5/18/2012 | Meet with client before second mediation; attend mediation; confer with client and co-counsel after mediation | 3.0" |
| 5/21/2012-<br>5/23/2012 | Review settlement offer from opposing counsel; email exchange among co-counsel in which we ultimately decide to reject offer; email to mediator rejecting offer | 0.5" |
| 6/8/2012 | Receive scheduling order re Mtn to Certify Class | 0.1" |
| 7/3/2012 | Receive email from opposing counsel re: discovery; email exchange with co-counsel to discuss how to respond | 0.3" |
| 8/13/2012 | Review of opposition to Motion to Certify Class; research cited therein; make notes of possible responses to their arguments | 3.0" |
| 8/13/2012 | Telephone conference with co-counsel to discuss Defendant's Opposition to Motion | 0.2" |
| 8/19/2012 | Review Defendant's discovery responses | 1.0" |
| 8/29/2012 | Telephone call with co-counsel and opposing counsel re: Defendant's discovery responses | 0.7" |
| 8/29/2012 | Review Reply to Response to Motion to Certify Class | 1.0" |
| 9/11/2012 | Review decision granting Motion to Strike | 0.2" |
| 9/11/2012 | Review text order of Court | 0.1" |
| 9/25/2012 | Review Amended Answer | 0.2" |
| 9/25/2012 | Telephone call to client to discuss status of case | 0.4 |
| 10/1/2012 | Prepare Motion to Compel and accompanying papers; file same | 2.5" |

| | | |
|---|---|---|
| 10/9/2012, 10/29/2012 | Review orders scheduling Motion to Compel | 0.1" |
| 11/2/2012 | Review Defendant's Opposition to Motion to Compel | 1.0" |
| 11/23/2012 | Review Plaintiff's Reply to Response to Motion to Compel; File same | 0.5" |
| 1/9/2013 | Telephone call to client to discuss status of case | 0.3" |
| 9/11/2013 | Review order granting in part and denying in part Motion to Compel; review file to determine next steps to take | 1.0" |
| 10/8/2013 | Review Plaintiff's Motion for Sanctions | 1.0" |
| 10/9/2013 | Telephone call to client to discuss status of case | 0.4 |
| 10/9/2013 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 10/18/2013 | Review Defendant's Response to Motion for Sanctions | 0.5" |
| 10/18/2018 | Review Defendant's Motion for Summary Judgment | 2.0" |
| 10/21/2013 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 10/25/2013 | Review Plaintiff's Motion to Stay | 0.5" |
| 11/4/2013 | Review Declaration of Concepcion Montoya in response to Motion to Stay | 0.2" |
| 11/5/2013 | Review Reply to Response to Motion to Stay | 0.2" |
| 12/3/2013 | Review order staying briefing of summary judgment motion | 0.1" |
| 12/6/2013 | Review protective order | 0.2" |
| 12/9/2013 | Review Plaintiff's Motion to Extend Discovery | 0.1" |
| 12/23/2013 | Review Defendant's Response to Motion to Extend Discovery | 0.1" |
| 1/10/2014 | Review Second Motion to Compel and Motions to Seal | 1.0" |
| 1/16/2014 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 1/30/2014 | Review Defendant's Motion for Extension of Time to Response to Second Motion to Compel and Plaintiff's opposition | 0.3" |

| | | |
|---|---|---|
| 1/31/2014 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 2/7/2014 | Review Defendant's Memorandum of Law in Opposition to Second Motion to Compel | 1.0" |
| 2/7/2014 | Review Defendant's Motion to Bifurcate and/or Stay | 0.4" |
| 2/14/2014 | Review Memorandum in Opposition to Second Motion to Compel | 0.5" |
| 2/14/2014 | Review Memorandum in Support of Motion to Bifurcate | 0.3" |
| 2/21/2014 | Telephone call to client to discuss status of case | 0.4 |
| 2/21/2014 | Review Plaintiff's Motion for Extension of Time | 0.1" |
| 2/24/2014 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 2/26/2014 | Review Plaintiff's Memorandum of Law in Opposition to Motion To Bifurcate | 0.3" |
| 3/4/3014 | Review Defendant's Response, re :Mtn to Bifurcate | 0.2" |
| 9/15/2014 | Review order disposing of motions for sanctions, motion for protective order, motion for extension of discovery deadline, motion to compel | 0.5" |
| 9/25/2014 | Review Affidavit of opposing counsel alleging compliance with orders of the Court | 0.4" |
| 9/29/2014 | Review Plaintiff's Fourth Motion to Seal | 0.2" |
| 9/29/2014 | Review Plaintiff's Objections to Magistrate Judge's Order | 0.5" |
| 10/6/2014 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 10/14/2014 | Review Motion for Reconsideration of Magistrate Judge's Order | 0.5" |
| 10/21/2014 | Review Defendant's Motion to Stay | 0.3" |
| 10/24/2014 | Review order of Judge Skretny re Motion to Reconsider and Objections | 0.1" |
| 10/24/2014 | Review Plaintiff's Third Motion of Sanctions; Sixth Motion to Seal | 1.0" |

| | | |
|---|---|---|
| 10/28/2014 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 11/25/2014 | Telephone call to client to discuss status of case | 0.4 |
| 11/21/2014 | Review Declaration of Brian Bromberg regarding various pending motions | 0.3" |
| 11/21/2014 | Review Defendant's Memorandum in Opposition to Plaintiff's Third Motion for Sanctions and Declaration of counsel | 1.0" |
| 11/21/2014 | Review Defendant's Memoranda opposition to Motion for Reconsideration and other motion of Plaintiff | 1.0" |
| 12/12/2014 | Review Plaintiff's Reply brief re: various motions; review Declaration of Jonathan Miller and exhibits | 3.0" |
| 9/30/2015 | Review order granting in part and denying in part motions for Reconsideration and for sanctions | 0.6" |
| 5/14/2015 | Telephone call to client to discuss status of case | 0.4 |
| 10/14/2015 | Review Memorandum of Law filed by Plaintiff re" 9/30/15 order | 1.0" |
| 10/19/2015 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 10/29/2015 | Review Defendant's Letter Motion to Extend Time to Complete Discovery | 0.1" |
| 11/2/2015 | Review orders extending discovery deadlines | 0.1" |
| 11/9/2015 | Review Plaintiff's Reply Memorandum of Law | 2.5" |
| 12/22/2015 | Review order of Court affirming Magistrate Judge's rulings | 0.5" |
| 1/15/2016 | Review Defendant's status report letter | 0.1" |
| 1/22/2016 | Telephone call to client to discuss status of case | 0.4 |
| 2/2/2016 | Review Plaintiff's Fourth Motion for Sanctions and all accompanying papers | 2.7" |
| 2/5/2016 | Review Plaintiff's motions to seal and to extend discovery | 0.4" |
| 2/8/2016 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 2/22/2016 | Review opposition to Fourth Motion for Sanctions | 1.5" |

| | | |
|---|---|---|
| 3/7/2016 | Review Reply Brief, re: Fourth Motion for Sanctions | 1.5" |
| 3/23/2016 | Review Defendant's Sur-reply | 0.2" |
| 4/15/2016 | Order granting in part and denying in part Motion for Sanctions | 0.4" |
| 4/22/2016 | Telephone call to client to discuss status of case | 0.3 |
| 5/9/2016 | Review Defendant's Motion for Protective Order | 0.3" |
| 5/13/2016 | Review Declaration of Meghan Emmerich | 0.3" |
| 5/26/2016 | Review Fifth Motion for Sanctions | 3.0" |
| 5/27/2016 | Review declaration and memorandum of law in opposition to Motion for protective order | 1.0" |
| 6/2/2016 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 6/24/2016 | Review Defendant's opposition to Fifth Motion for Sanctions | 2.0" |
| 6/24/2016 | Review Defendant's Reply brief re: motion for protective order | 1.0" |
| 7/15/2016 | Review Reply  brief re: 5th Motion for Sanctions and Declaration | 1.0" |
| 9/26/2016 | Telephone call to client to discuss status of case | 0.4 |
| 1/9/2017 | Review order granting motion for protective order; denying Motion for sanctions | 0.4" |
| 1/9/2017 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 3/17/2017 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 5/26/2017, 6/28/2017 | Review motions to extend discovery deadlines | 0.3" |
| 6/29/2017 | Review order granting extension | 0.1" |
| 6/29/2017 | Telephone call to client to discuss status of case | 0.3" |
| 7/31/2017 | Review Motion to Extend Discovery Deadline | 0.2" |
| 8/1/2017 | Receive scheduling order; input deadlines in calendar | 0.1" |

| | | |
|---|---|---|
| 9/29/2017 | Review Motion to Extend Discovery Deadline | 0.2" |
| 10/2/2017 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 2/6/2018 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 4/1/2018 | Prepare declaration for upcoming Motion to Certify Class | 1.0" |
| 4/2/2018 | Review Motion to Certify Class | 0.5" |
| 4/4/2018 | Receive scheduling order; input deadlines in calendar | 0.1" |
| 4/11/2018 | Telephone call to client to discuss status of case | 0.4 |
| 4/23/2018 | Review Memorandum in Support of Class Certification | 0.3" |
| 5/21/2018 | Review Order of Preliminary Approval of Class Action Settlement | 0.3" |
| 7/30/2018 | Review text order | 0.1" |
| 9/20/2018 | Prepare declaration in support of fee application | 2.0" |
| **Total:** | | **108.4** |

$450.00 per hour x 108.4 = $48,780.00

**Out-of-Pocket Expenses**

| | | |
|---|---|---|
| 9/9/11 | Federal court filing fee | $350 |
| 10/25/11 | Servico, Inc. - service of Complaint via Sec. State, both defendants | 120 |
| **Total:** | | $470 |