# Exhibit B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**CHRISTOPHER GODSON,**
on behalf of himself
and all others similarly situated
                    **Plaintiffs,**
          vs.                                    **Civil Action No. 11-CV-764**

**ELTMAN, ELTMAN & COOPER, P.C., and**      **CLASS ACTION**
**LVNV FUNDING, LLC,**

                    **Defendants.**
_____


## TIME RECORDS FOR SETH J. ANDREWS

Time Entry
Christopher Godson v. Eltman, Eltman & Cooper et al.
Index No. 11-CV-764

| DATE | ACTIVITY | TIME |
|---|---|---|
| 11/9/11 | Rec'd corr from Opp regarding extension for time to File answer; drafted corr in response to request for extension | .2 |
| 11/10/11 | Review stipulation to ext Def time to answer | .1 |
| 11/15/11 | Tcw opp re: Def inquiry early settlement, case posture | .2 |
| 12/12/11 | Rec'd corr from opp re: inquiry to settle. Review Def Answer. Telephone conf w/ client re: status update | .4 |
| 1/2/12 | Tcw client re: status update- motion to strike answer | .3 |
| 1/17/12 | Drafted corr to opp re: proposed CMO and selection of mediator | .2 |
| 1//27/12 | Rec'd corr from opp re: proposed CMO | .1 |
| 1/30/12 | Rec'd corr from opp re: edit to CMO. Drafted response | .1 |

| DATE | ACTIVITY | TIME |
|---|---|---|
| 1/31/12 | Rec'd corr from opp re: filing of CMO. Drafted response | .1 |
| 2/17/12 | Reviewed Def 26a1 disclosures | .2 |
| 3/28/12 | Mediation prep with client and BB | 1.0 |
| 3/30/12 | Attend mediation with client | 8.0 +5 |
| 3/25/12 | Tcw client re: status update for motion to certify class | .2 |
| 5/17/12 | Mediation prep w/ client for follow up session | 1.0 |
| 5/18/12 | Attend follow up mediation | 8.0 +5 |
| 6/13/12 | Telephone call w/ BB re issues concerning First Set of Written Discovery Demands | .2 |
| 7/3/12 | Rec'd corr from op re: discovery schedule relative to class cert Motion | .1 |
| 7/5/12 | Rec'd corr from opp re: scheduling Plaintiff's deposition | .1 |
| 7/5/18 | Tcw co-counsel, BB, re: dates for Plaintiff's deposition | .2 |
| 7/5/18 | Tcw client re: scheduling Plaintiff deposition | .2 |
| 7/6/12 | Review opp motion to stay briefing on class cert motion and to Seek limited discovery | .2 |
| 7/9/12 | Deposition prep w/ client, BB | 2.0 |
| 7/17/12 | Rec'd and reviewed Def response to discovery demands | .3 |
| 7/18/12 | Defend Plaintiff's deposition | 2.0 |
| 7/24/12 | Rec'd and review Plaintiff's deposition transcript | .5 |
| 8/13/12 | Tcw co-counsel, BB, re: opposition to class cert motion | .7 |
| 8/29/12 | Drafted Aff in support of Plaintiff's Reply for Motion for Class Counsel and to certify the class | .6 |

| Date | Activity | Time |
|---|---|---|
| 9/11/12 | Rec'd Reviewed Ct Order granting motion to strike; Tcw Client re: status update | .3 |
| 9/25/12 | Rec'd reviewed Def amended ans. Tcw client re: status report and Motion to compel | .2 |

| DATE | ACTIVITY | TIME |
|---|---|---|
| 10/29/12 | Rec'd corr from opp re: request for ext to opp motion to compel. Rec'd amd reviewed Defendant's discovery demands | .3 |
| 11/7/12 | Rec'd corr from opp re: response to vm requesting consent for modification scheduling order for discovery deadline Drafted motion to amend scheduling order and w/ aff | .5 |
| 11/27/12 | Drafted responses to Def discovery demands; met w/ client to Review and confirm responses. | 2.0 |
| 4/4/13 | Tcw client re: status update | .2 |
| 8/23/13 | Tcw client re: status update | .2 |
| 9/11/13 | Rec'd review Ct Order granting motion to compel. Tcw client Re: status update | .2 |
| 10-5-13 | Tcw re: motion for sanctions | .3 |
| 10-18-13 | Rec'd and review Def LVNV SJM; tcw client re: status update | .3 |
| 12-9-13 | Tcw client re: status update for motion to ext deadline to complete discovery | .2 |
| 1-10-14 | Tcw client re: status update for 2nd motion to compel and for sanctions | .2 |
| 2-7-14 | Rec'd and Review Def motion to bifurcate | .2 |
| 5-14-14 | Tcw client re: status update re: pending motions | .1 |
| 9-15-14 | Rec'd &review Ct order denying and granting sanctions, granting Ext for discovery deadline, granting and denying motion to compel Denying motion to bifurcate. | .2 |
| 9-16-14 | Tcw client re: status update for Ct order for 9-15-14 | .4 |

| DATE | ACTIVITY | TIME |
|---|---|---|
| 10-10-14 | Tcw w/ client re: motion for reconsideration for motions relative to 9-15-14 order | .2 |
| 10-24-14 | Tcw client re: status update for 3rd motion for sanctions | .1 |
| 4-1-15 | Tcw client re: status of pending motions | .2 |
| 8-2-15 | Tcw client re: status of pending motions | .2 |
| 9-30-15 | Rec'd and review Ct order granting and denying motion for Sanctions and reconsideration | .2 |
| 10-2-15 | Tcw client re: status update for 9-30-15 Ct oder | .2 |
| 10-9-15 | Tcw co-counsel BB, JRM re case status & settlement | .5 |
| 10-30-15 | Tcw client re: status update for def motion to ext to complete Discovery | .1 |
| 11-13-15 | Drfated motion to ext Plaintiff deadline for fee petition | .3 |
| 12-22-15 | Rec'd and reviewed ct order affirming magistrate order of 9-30-15 | .1 |
| 12-28-15 | Tcw client re: status update for Ct order of 12-22-15 | .2 |
| 2-1-16 | Tcw client re: status update for 4th motion for sanctions | .1 |
| 4-15-16 | Rec'd reviewed Ct order granting and denying 4th motion Sanctions | .1 |
| 4-18-16 | Tcw client re: status update for Ct order 4-15-16 | .2 |
| 5-26-16 | Tcw client re: status update for 5th motion for sanctions | .1 |
| 10-3-16 | Tcw client re: status of pending sanction and protective order Motions | .1 |
| 1-8-17 | Tcw co-counsel BB, JM re: discovery/deposition | .4 |
| 1-9-17 | Rec'd and review ct oRder granting def motion for protective order And denying 5th motion for sanctions | .1 |
| 1-10-17 | Tcw client re: status update for 1-9-17 Ct order | .1 |

| DATE | ACTIVITY | TIME |
|------|----------|------|
| 5-29-17 | Tcw client re: status update for motion for discovery ext | .1 |
| 10-13-17 | Tcw client re: Ct ordered mediation 11-7-17 | .3 |
| 11-1-17 | Drafted mediation memo for mediator | 2.0 |
| 11-6-17 | Mediation prep w/ client & BB | 1.0 |
| 11-7-17 | Attended Ct ordered mediation | 7.0 |
| 4-2-18 | Drafted aff in support of jt motion for prelim class approval Settlement and appointment of counsel | .5 |
| 5-21-18 | Tcw client re: Ct order granting approval class settlement | .2 |
| | | Total-47.6 |

47.6 Hours Total for Seth J. Andrews (SJA)
x $300/hr
-----------------------------------
$14,280.00