UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTOPHER GODSON, on behalf of himself and all others similarly situated, | ) ) ) ) | No. 1:11-cv-0764-EAW-HKS |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | |
| ELTMAN, ELTMAN & COOPER, P.C., and LVNV FUNDING, LLC, | ) ) ) | |
| Defendants. | ) | |

Certificate of Service

I, Jonathan R. Miller, an attorney, hereby certify that on September 21, 2018, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Pushpa L. Piyatissa, Esq. | Seth Andrews, Esq. |
| Concepcion A. Montoya, Esq. | Khardeen I. Shillingford, Esq. |
| Kenneth R. Hiller, Esq. | Brian L. Bromberg, Esq. |
| Nabil G. Foster, Esq. | |

Dated: September 21, 2018

/s/ Jonathan R. Miller
Jonathan R. Miller