UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GODSON, <br> on behalf of himself <br> and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ELTMAN, ELTMAN & COOPER, P.C., <br> and LVNV FUNDING, LLC, <br><br> Defendants. | ) <br> ) <br> )   No. 11-cv-0764-EAW-HKS <br> ) <br> )   CLASS ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Motion to Approve
Supplemental Letter to Four Class Members

Under Fed.R.Civ.P. 23, Plaintiff, with the consent of all parties, moves the Court for approval of sending the accompanying supplemental letter, attached as Exhibit A, to four of the members of the settlement class, together with an Internal Revenue Service Form W-9 for completion and signature. Sending the letter is necessary because Defendants Eltman, Eltman & Cooper, P.C. and LVNV Funding, LLC, are missing the Social Security Numbers of the four class members. Since these class members are being sent more than $600 each, they must either complete W-9 Forms and be sent 1099s, or Defendants must withhold 28% in "backup withholding," which must be sent to the IRS. In addition, Plaintiff would ask that Your Honor set a one-week deadline to mail the letter and three weeks after that mailing deadline for the Bromberg Law Office, P.C. to receive the completed, signed, and dated W-9 Form. Plaintiff's counsel will be enclosing self-addressed stamped

envelopes to simplify matters for the four class members. None of this will slow the distribution of the funds to the remaining class members. Because this type of motion is clearly contemplated by multiple sections of Rule 23, Plaintiff is requesting leave to submit it without a supporting memorandum.

Dated:  October 31, 2018

/s/ Brian L. Bromberg
Brian L. Bromberg
Bromberg Law Office, P.C.
*Attorneys for Plaintiff*
26 Broadway, 21st Floor
New York, New York 10004
(212) 248-7906
brian@bromberglawoffice.com