# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

March 21, 2019

<u>Via ECF</u>
Honorable Elizabeth A. Wolford, U.S.D.J.
U.S. District Court, Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:   *Godson v. Eltman, Eltman & Cooper, P.C., et al.*
      <u>WDNY No. 11-CV-764(EAW)(HKS)</u>

Dear Judge Wolford:

My office, together with co-counsel, represents Plaintiff Christopher Godson in the above-referenced case.

On behalf of all parties, I am writing to request an extension of time, until March 30, 2019, to provide the Court with a final affidavit concerning distribution and negotiation of the settlement checks for the class members. I am making this request because although some of the dates in the various approval orders were extended to allow for the orderly distribution of the settlement proceeds, the deadline for filing the final report was not extended.

Respectfully,


Brian L. Bromberg

cc:   Hon. H. Kenneth Schroeder, Jr., U.S.M.J. (Via ECF)
      All Counsel of Record (Via ECF)